# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| American Society for Testing and Materials; National Fire Protection Association, Inc.; American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc., | |
| *Plaintiffs - Appellants* | No. 22-7063 |
| v. | |
| Public.Resource.Org, Inc., | |
| *Defendant - Appellee* | |

## APPELLANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A CORRECTED FINAL BRIEF

Pursuant to D.C. Circuit Rule 27 and Federal Rule of Appellate Procedure 27, Plaintiffs American Society for Testing and Materials d/b/a ASTM International ("ASTM"), National Fire Protection Association, Inc. ("NFPA"), and American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc. ("ASHRAE") (collectively, "Plaintiffs") respectfully move to file a corrected final brief. Plaintiffs recently learned that the version of the final brief that they filed on January 27, 2023, Dkt. 1983622, inadvertently omitted an Appendix and Addendum that

1

were timely filed with Plaintiffs' opening brief, Dkt. 1964641.  Filing the corrected copy will reduce the burden on the Court by providing all of the information referenced in Plaintiffs' Final Brief in one document.  A corrected copy of Plaintiffs' Final Brief is attached to Plaintiffs' Motion. The corrected copy is unchanged apart from appending the Appendix and Addendum.

Plaintiffs have contacted Public.Resource.Org's counsel, which has stated that it does not oppose this motion.

Dated: March 09, 2023          Respectfully submitted,

*s/J. Kevin Fee*
J. KEVIN FEE
JANE W. WISE
DLA PIPER US LLP
500 Eighth Street, NW
Washington, DC 20004
T. 202.799.4441
F. 202.799.5441
kevin.fee@us.dlapiper.com
jane.wise@us.dlapiper.com

Stanley J. Panikowski
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Tel: (619) 699-2700
stanley.panikowski@us.dlapiper.com

*Counsel for Plaintiff-Appellant*
*American Society for Testing and*
*Materials d/b/a ASTM International*

Dated: March 9, 2023      *s/Kelly M. Klaus*

KELLY M. KLAUS
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
T. 415.512.4000
kelly.klaus@mto.com

ROSE L. EHLER
MUNGER, TOLLES & OLSON LLP
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071
T. 213.683.9100
rose.ehler@mto.com

RACHEL G. MILLER-ZIEGLER
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, DC 20001
T. 202.220.1100
rachel.miller-ziegler@mto.com

*Counsel for Plaintiff-Appellant National*
*Fire Protection Association, Inc.*

Dated: March 9, 2023      *s/David P. Mattern*

JEFFREY S. BUCHOLTZ
DAVID P. MATTERN
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
   Ste. 200
Washington, DC 20006-4707
T. 202.737.0500
jbucholtz@kslaw.com

3

dmattern@kslaw.com

*Counsel for Plaintiff-Appellant American*
*Society of Heating, Refrigerating, and*
*Air-Conditioning Engineers, Inc.*

4

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2) because this document contains 149 words as measured by the word-processing system used to prepare this brief, excluding exempted parts.

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface in 14 point font.

Dated: March 9, 2023                          *s/J. Kevin Fee*
                                               J. Kevin Fee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of March,

2023, a true and correct copy of APPELLANTS' MOTION FOR LEAVE

TO HAVE MULTIPLE COUNSEL BE HEARD AT ORAL ARGUMENT

was electronically filed through the CM/ECF system, which caused all

parties to be served by electronic means.


Dated: March 9, 2023                                        *s/J. Kevin Fee*
                                                              J. Kevin Fee