# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 22-7063  September Term, 2023

FILED ON: SEPTEMBER 12, 2023

AMERICAN SOCIETY FOR TESTING AND MATERIALS, ET AL.,
APPELLANTS

v.

PUBLIC.RESOURCE.ORG, INC.,
APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:13-cv-01215)

Before: HENDERSON, PILLARD, and KATSAS, *Circuit Judges*

### J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/

Daniel J. Reidy
Deputy Clerk

Date: September 12, 2023

Opinion for the court filed by Circuit Judge Katsas.