# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-7063**                                         **September Term, 2023**

**1:13-cv-01215-TSC**

**Filed On: October 20, 2023** [2022981]

American Society for Testing and Materials, et al.,

        Appellants

    v.

Public.Resource.Org, Inc.,

        Appellee

## M A N D A T E

       In accordance with the judgment of September 12, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                         **FOR THE COURT:**
                                                         Mark J. Langer, Clerk

                              BY:     /s/
                                                    Daniel J. Reidy
                                                    Deputy Clerk

Link to the judgment filed September 12, 2023