ORAL ARGUMENT HELD MARCH 20, 2023

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

American Society for Testing and Materials, et al.,

      Appellants,

  v.

Public.Resource.Org, Inc.,

      Appellee.

Case No. 22-7063

**JOINT MOTION TO EXTEND TIME
TO RESPOND TO ORDER TO SHOW CAUSE**

Pursuant to Federal Rule of Appellate Procedure 26(b) and D.C. Circuit Rule 27(h), the American Society for Testing and Materials, the National Fire Protection Association, Inc., and the American Society of Heating, Refrigerating, and Air Conditioning Engineers, Inc. (collectively, "Appellants") and Public.Resource.Org, Inc. ("Appellee") jointly move to extend the time for responding to the Court's order to show cause by 23 days, to December 15, 2023.  In support of this motion, Appellants and Appellee state as follows:

1.     On October 20, 2023, the Court issued the mandate in this case.

2.     On October 23, 2023, the Court issued an order directing the parties to show cause by November 22, 2023 why the sealed portions of the record of this case should not be unsealed.

3.      Good cause exists for the requested extension of time.  Appellants and Appellee filed both public and sealed volumes of their Joint Appendix.  The sealed volumes contain a large quantity of materials that were sealed in the district court and remained sealed on appeal.  It will take a significant amount of time for Appellants and Appellee to review the sealed materials, determine what may be unsealed, and (if necessary and appropriate) propose redactions to sealed materials.  Furthermore, the Court's order strongly encourages the parties to submit a joint response to the order to show cause.  It will take additional time for the parties to meet-and-confer on responding to the order to show cause.

4.      Appellants and Appellee have not previously requested an extension of time to respond to the Court's order to show cause.

5.      Appellants and Appellee have conferred and agree that an extension of time of 23 days, to December 15, 2023, is appropriate.  Appellants and Appellee jointly request that the deadline for responding to the Court's order to show cause be extended by 23 days, to December 15, 2023.

In light of the considerations set forth above, Appellants and Appellee respectfully request that the Court grant this motion and order that the response to the Court's order to show cause be extended to December 15, 2023.

Dated:  November 17, 2023                    Respectfully submitted,

                                             /s/ Rose Leda Ehler
                                             Rose Leda Ehler

                                             MUNGER, TOLLES & OLSON LLP
                                             350 S. Grand Avenue, 50th Floor
                                             Los Angeles, CA 90071
                                             Telephone: (213) 683-9100
                                             Email: Rose.Ehler@mto.com

                                             *Counsel for National Fire Protection Association*

                                             /s/ Jane W. Wise
                                             Jane W. Wise

                                             DLA PIPER LLP (US)
                                             500 8th Street NW
                                             Washington, DC 20004
                                             Telephone: (202) 799-4000
                                             Email: jane.wise@us.dlapiper.com

                                             *Counsel for American Society for Testing and Materials d/b/a/ ASTM International*

*/s/ David Mattern*
David Mattern

KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 737-0500
Email: DMattern@KSLAW.com

*Counsel for American Society of Heating,
Refrigerating, and Air Conditioning
Engineers, Inc.*

*/s/ Andrew Bridges*
Andrew Bridges

FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (415) 875-2300
Email: abridges@fenwick.com

*Counsel for Public.Resource.Org, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2023, a true and correct copy of this motion was filed via the Court's electronic filing system, which will forward a copy to all counsel of record.  I certify that all participants in this case are registered CM/ECF users.

Dated: November 17, 2023

*/s/ Rose Leda Ehler*

Rose Leda Ehler

MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Email: Rose.Ehler@mto.com

*Counsel for National Fire Protection Association, Inc.*

## CERTIFICATE OF COMPLIANCE

1.      This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 343 words.

2.      This document complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document was prepared in a proportionally spaced typeface using Microsoft Word in 14-point font.

Dated: November 17, 2023           */s/ Rose Leda Ehler*
                                   Rose Leda Ehler

                                   MUNGER, TOLLES & OLSON LLP
                                   350 S. Grand Avenue, 50th Floor
                                   Los Angeles, CA 90071
                                   Telephone: (213) 683-9100
                                   Email: Rose.Ehler@mto.com

                                   *Counsel for National Fire Protection Association, Inc.*