# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-7063**                                   **September Term, 2021**

**1:13-cv-01215-TSC**

**Filed On: May 3, 2022** [1945310]

American Society for Testing and Materials,
et al.,

        Appellants

    v.

Public.Resource.Org, Inc.,

        Appellee

## O R D E R

The notice of appeal was filed on April 28, 2022, and docketed in this court on April 29, 2022. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 2, 2022 |
| Docketing Statement Form | June 2, 2022 |
| Entry of Appearance Form | June 2, 2022 |
| Procedural Motions, if any | June 2, 2022 |
| Statement of Intent to Utilize Deferred Joint Appendix | June 2, 2022 |
| Statement of Issues to be Raised | June 2, 2022 |
| Transcript Status Report | June 2, 2022 |
| Underlying Decision from Which Appeal or Petition Arises | June 2, 2022 |
| Dispositive Motions, if any (Original and 4 copies) | June 17, 2022 |

It is

# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-7063**                                  September Term, 2021

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 2, 2022 |
| Entry of Appearance Form | June 2, 2022 |
| Procedural Motions, if any | June 2, 2022 |
| Dispositive Motions, if any (Original and 4 copies) | June 17, 2022 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Lynda M. Flippin
Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases