# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** American Society for Testing & Materials, et al.

**v.**

Public.Resource.Org, Inc.

**Case No:** 22-7063

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained  ◯ Pro Bono  ◯ Appointed (CJA/FPD)  ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s)  ⦿ Appellee(s)/Respondent(s)  ◯ Intervenor(s)  ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Public.Resource.Org, Inc.

### Counsel Information

**Lead Counsel:** Corynne McSherry

**Direct Phone:** ( 415 ) 436-9333  **Fax:** ( 415 ) 436-9993  **Email:** corynne@eff.org

**2nd Counsel:** Mitchell L. Stoltz

**Direct Phone:** ( 415 ) 436-9333  **Fax:** ( 415 ) 436-9993  **Email:** mitch@eff.org

**3rd Counsel:**

**Direct Phone:** ( ___ ) ___-___  **Fax:** ( ___ ) ___-___  **Email:**

**Firm Name:** ELECTRONIC FRONTIER FOUNDATION

**Firm Address:** 815 Eddy Street, San Francisco, CA  94109

**Firm Phone:** ( 415 ) 436-9333  **Fax:** ( 415 ) 436-9993  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

| Save | Reset Form | Print Form |