# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Am. Society for Testing & Materials, et al.

v.

Public.Resource.Org, Inc.

**Case No:** 22-7063

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Public.Resource.Org, Inc.

### Counsel Information

**Lead Counsel:** Andrew P. Bridges
**Direct Phone:** (415) 875-2389 **Fax:** (415) 281-1350 **Email:** abridges@fenwick.com

**2nd Counsel:** Matthew B. Becker
**Direct Phone:** (650) 335-7930 **Fax:** (415) 281-1350 **Email:** mbecker@fenwick.com

**3rd Counsel:**
**Direct Phone:** ( ) **Fax:** ( ) **Email:**

**Firm Name:** Fenwick & West LLP
**Firm Address:** 801 California Street, Mountain View, CA 94041
**Firm Phone:** (415) 875-2300 **Fax:** (415) 281-1350 **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)