IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| American Society for Testing and Materials; National Fire Protection Association, Inc.; American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc., <br><br> *Appellants* <br><br> v. <br><br> Public.Resource.Org, Inc., <br><br> *Appellee* | No. 22-7063 |

**CERTIFICATE AS TO PARTIES, RULINGS & RELATED CASES**

In accordance with Circuit Rule 28(a)(1), Appellants certify:

**(A) Parties and Amici.**

Appellants are American Society for Testing and Materials d/b/a ASTM International ("ASTM"), National Fire Protection Association, Inc. ("NFPA"), and American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc. ("ASHRAE"), which were the Plaintiffs/Counter-Defendants in the district court. ASTM, NFPA, and ASHRAE are each nongovernmental, not-for-profit corporations without

1

any parent corporation. No publicly held corporation owns 10% or more of ASTM's, NFPA's, or ASHRAE's stock.

Appellee is Public.Resource.Org, Inc. ("PRO"), which was the Defendant/Counter-Plaintiff in the district court.

The following individuals/entities submitted amicus briefs to the district court:

- Ann Bartow
- American Insurance Association
- American Library Association
- American National Standards Institute, Incorporated
- American Property Casualty Insurance Association
- American Society of Safety Engineers
- Brian L. Frye
- David Ardia
- Elizabeth Townsend Gard
- Institute of Electrical and Electronics Engineers, Incorporated
- International Association of Plumbing & Mechanical Officials

- International Code Council, Inc.
- James Gibson
- Jessica Silbey
- Jennifer Urban
- Jonathan Zittrain
- Knowledge Ecology International
- National Electrical Manufacturers Association
- North American Energy Standards Board
- Pamela Samuelson
- Public Knowledge
- Rebecca Tushnet
- Reporters Committee for Freedom of the Press
- Sina Bahram
- Stacey Dogan
- Stacey M. Lantagne
- Underwriters Laboratories Inc.

**(B) Rulings Under Review.** The rulings under review are (1) an Order, Dkt. 240 (Chutkan, J.), filed on March 31, 2022, by the U.S. District Court for the District of Columbia in No. 13-cv-1215, for which

3

no official citation exists; and (2) a Memorandum Opinion, Dkt. 239 (Chutkan, J.), and the Appendix thereto, Dkt. 239-1 (Chutkan, J.), filed on March 31, 2022, by the U.S. District Court for the District of Columbia in No. 13-cv-1215, available at 2022 WL 971735.

**(C) Related Cases.** This case was previously before this Court in No. 17-7035, *American Society for Testing, et al v. Public.Resource.Org, Inc.* Counsel are not aware of any other related cases.

Dated: June 2, 2022            Respectfully submitted,

*s/J. Kevin Fee*
J. KEVIN FEE
JANE W. WISE
DLA PIPER US LLP
500 Eighth Street, NW
Washington, DC 20004
T. 202.799.4441
F. 202.799.5441
kevin.fee@us.dlapiper.com
jane.wise@us.dlapiper.com

*Counsel for Appellant*
  *American Society for Testing and*
  *Materials d/b/a ASTM International*

Dated: June 2, 2022            *s/Kelly M. Klaus*
KELLY M. KLAUS
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
T. 415.512.4000

4

kelly.klaus@mto.com

ROSE L. EHLER
MUNGER, TOLLES & OLSON LLP
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071
T. 213.683.9100
rose.ehler@mto.com

RACHEL G. MILLER-ZIEGLER
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, DC 20001
T. 202.220.1100
rachel.miller-ziegler@mto.com

*Counsel for Appellant National Fire Protection Association, Inc.*

Dated: June 2, 2022         *s/Jeffrey S. Bucholtz*
JEFFREY S. BUCHOLTZ
DAVID P. MATTERN
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
   Ste. 200
Washington, DC 20006-4707
T. 202.737.0500
jbucholtz@kslaw.com
dmattern@kslaw.com

*Counsel for Appellant American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of June, 2022, a true and correct copy of **CERTIFICATE AS TO PARTIES, RULINGS & RELATED CASES** was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means.

Dated: June 2, 2022　　　　　　　　　　　　*s/J. Kevin Fee*
　　　　　　　　　　　　　　　　　　　　　J. Kevin Fee