# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 22-7063
2. DATE DOCKETED: 04-29-2022
3. CASE NAME (lead parties only) Am. Soc'y for Testing & Materials v. Public.Resource.Org, Inc.
4. TYPE OF CASE: ☒ District Ct - ☐ US Civil ☐ Private Civil ☐ Criminal ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.     Bankruptcy Court Docket No.     Tax Court Docket No.
      Civil Action 13-cv-01215      Bankruptcy                       Tax
      Criminal                      Adversary
      Miscellaneous                 Ancillary
   b. Review is sought of:
      ☐ Final Order  ☒ Interlocutory Order appealable as of right  ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Honorable Tanya S. Chutkan     Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 03-31-2022     e. Date notice of appeal filed: 04-28-2022
   f. Has any other notice of appeal been filed in this case? ☐ Yes ☒ No   If YES, date filed:
   g. Are any motions currently pending in trial court? ☐ Yes ☒ No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ☐ Yes ☒ No
      If NO, why not? No applicable transcripts
   i. Has this case been before the Court under another appeal number? ☒ Yes  Appeal # 17-7035   ☐ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes ☒ No  If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? ☒ Yes ☐ No
      If YES, give popular name and citation of statute 17 U.S.C. 107
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ☐ Yes ☒ No   If so, provide program name and participation dates

Signature s/ J. Kevin Fee     Date 06-02-2022
Name of Party American Society for Testing and Materials d/b/a ASTM International
Name of Counsel for Appellant/Petitioner J. Kevin Fee
Address DLA Piper LLP (US) 500 Eighth Street, NW, Washington, DC 20004
Phone ( 202 ) 799-4441     Fax ( 202 ) 799-5441

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)