# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| American Society for Testing and Materials; National Fire Protection Association, Inc.; American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc., <br><br>　　　　*Appellants* <br><br>　　v. <br><br>Public.Resource.Org, Inc., <br><br>　　　　*Appellee* | No. 22-7063 |

## APPELLANTS' STATEMENT OF INTENT
## TO USE DEFERRED JOINT APPENDIX

In accordance with the Court's Order dated May 3, 2022, Appellants American Society for Testing and Materials d/b/a ASTM International ("ASTM"), National Fire Protection Association, Inc. ("NFPA"), and American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc. ("ASHRAE") (collectively, "Appellants") hereby state that they have agreed with Appellee Public.Resource.Org, Inc. ("PRO") to use a deferred joint appendix under Federal Rule of Appellate Procedure 30(c) and Circuit Rule 30(c).

Dated: June 2, 2022			Respectfully submitted,

*s/J. Kevin Fee*
J. KEVIN FEE
JANE W. WISE
DLA PIPER US LLP
500 Eighth Street, NW
Washington, DC 20004
T. 202.799.4441
F. 202.799.5441
kevin.fee@us.dlapiper.com
jane.wise@us.dlapiper.com

*Counsel for Appellant*
  *American Society for Testing and*
  *Materials d/b/a ASTM International*

Dated: June 2, 2022			*s/Kelly M. Klaus*
KELLY M. KLAUS
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
T. 415.512.4000
kelly.klaus@mto.com

ROSE L. EHLER
MUNGER, TOLLES & OLSON LLP
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071
T. 213.683.9100
rose.ehler@mto.com

RACHEL G. MILLER-ZIEGLER
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, DC 20001
T. 202.220.1100

2

                                                rachel.miller-ziegler@mto.com

*Counsel for Appellant National Fire Protection Association, Inc.*

Dated: June 2, 2022      *s/Jeffrey S. Bucholtz*
JEFFREY S. BUCHOLTZ
DAVID P. MATTERN
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
   Ste. 200
Washington, DC 20006-4707
T. 202.737.0500
jbucholtz@kslaw.com
dmattern@kslaw.com

*Counsel for Appellant American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of June, 2022, a true and correct copy of APPELLANTS' STATEMENT OF INTENT TO USE DEFERRED JOINT APPENDIX was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means.

Dated: June 2, 2022                                              *s/J. Kevin Fee*
                                                                 J. Kevin Fee