# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

American Society for Testing and Materials; National Fire Protection Association, Inc.; American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.,

    *Appellants*

  v.

Public.Resource.Org, Inc.,

    *Appellee*

No. 22-7063

## APPELLANTS' STATEMENT OF ISSUES TO BE RAISED

In accordance with the Court's Order dated May 3, 2022, Appellants American Society for Testing and Materials d/b/a ASTM International ("ASTM"), National Fire Protection Association, Inc. ("NFPA"), and American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc. ("ASHRAE") (collectively, "Appellants") hereby submit that the issues it intends to raise in this proceeding are as follows:

    1.    Whether the district court erred in holding that Defendant Public.Resource.Org's ("PRO") wholesale, indiscriminate copying of Appellants' copyrighted works constituted a fair use under 17 U.S.C. § 107 as to 184 of the 217 copyrighted works

1

at issue in Appellants' motion for summary judgment.[1]

2. Whether the district court erred in holding that PRO's use of Appellants' word marks was a nominative fair use under the Lanham Act.

3. Whether the district court erred in refusing to enter a permanent injunction prohibiting PRO from reproducing, displaying, and distributing Appellants' copyrighted works for which PRO had not demonstrated fair use.

Appellants reserve the right to amend, add, or delete issues as appropriate.

Dated: June 2, 2022                Respectfully submitted,

                                    *s/J. Kevin Fee*
                                    J. KEVIN FEE
                                    JANE W. WISE
                                    DLA PIPER US LLP
                                    500 Eighth Street, NW
                                    Washington, DC 20004
                                    T. 202.799.4441
                                    F. 202.799.5441
                                    kevin.fee@us.dlapiper.com
                                    jane.wise@ us.dlapiper.com

                                    *Counsel for Appellant
                                        American Society for Testing and
                                        Materials d/b/a ASTM International*

Dated: June 2, 2022                *s/Kelly M. Klaus*
                                    KELLY M. KLAUS

---

[1] Attached as Exhibit 1 is a full list of the works at issue in Appellants' motion for summary judgment for the Court's convenience.

2

>MUNGER, TOLLES & OLSON LLP
>560 Mission St., 27th Floor
>San Francisco, CA 94105
>T. 415.512.4000
>kelly.klaus@mto.com
>
>ROSE L. EHLER
>MUNGER, TOLLES & OLSON LLP
>350 South Grand Ave., 50th Floor
>Los Angeles, CA 90071
>T. 213.683.9100
>rose.ehler@mto.com
>
>RACHEL G. MILLER-ZIEGLER
>MUNGER, TOLLES & OLSON LLP
>601 Massachusetts Ave. NW, Suite 500E
>Washington, DC 20001
>T. 202.220.1100
>rachel.miller-ziegler@mto.com
>
>*Counsel for Appellant National Fire Protection Association, Inc.*

Dated: June 2, 2022        *s/Jeffrey S. Bucholtz*
>JEFFREY S. BUCHOLTZ
>DAVID P. MATTERN
>KING & SPALDING LLP
>1700 Pennsylvania Avenue, NW
>   Ste. 200
>Washington, DC 20006-4707
>T. 202.737.0500
>jbucholtz@kslaw.com
>dmattern@kslaw.com
>
>*Counsel for Appellant American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of June, 2022, a true and correct copy of **APPELLANTS' STATEMENT OF ISSUES TO BE RAISED** was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means.

Dated: June 2, 2022                                           *s/J. Kevin Fee*
                                                                              J. Kevin Fee

# EXHIBIT 1

# EXHIBIT 1

The 217 standards at issue in Appellants' motion for summary judgement are listed in this exhibit.

| AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL STANDARDS | | |
|---|---|---|
| **Designation** | **Edition** | **Title** |
| A36 | 1977ae | Standard Specification for Structural Steel |
| A36/A36M | 1997ae1 | Standard Specification for Carbon Structural Steel |
| A82 | 1979 | Standard Specification for Cold-Drawn Steel Wire for Concrete Reinforcement |
| A106/A106M | 2004b | Standard Specification for Seamless Carbon Steel Pipe for High-Temperature Service |
| A184 | 1979 | Standard Specification for Fabricated Deformed Steel Bar Mats for Concrete Reinforcement |
| A185 | 1979 | Standard Specification for Welded Steel Wire Fabric for Concrete Reinforcement |
| A203/A203M | 1997 | Standard Specification for Pressure Vessel Plates, Alloy Steel, Nickel |
| A242 | 1979 | Standard Specification for High-Strength Low-Alloy Structural Steel |
| A285 | 1978 | Standard Specification for Pressure Vessel Plates, Carbon Steel, Low- and Intermediate-Tensile Strength |
| A307 | 1978e | Standard Specification for Carbon Steel Externally Threaded Standard Fasteners |
| A325 | 1979 | Standard Specification for High-Strength Bolts for Structural Steel Joints |
| A333/A333M | 1994 | Standard Specification for Seamless and Welded Steel Pipe for Low-Temperature Service |
| A369/A369M | 1992 | Standard Specification for Carbon and Ferritic Alloy Steel Forged and Bored Pipe for High-Temperature Service |
| A370 | 1977e2 | Standard Methods and Definitions for Mechanical Testing of Steel Products |
| A441 | 1979 | Standard Specification for High-Strength Low-Alloy Structural Manganese Vanadium Steel |
| A449 | 1978a | Standard Specification for Quenched and Tempered Steel Bolts and Studs |
| A475 | 1978(1984)e1 | Standard Specification for Zinc-Coated Steel Wire Strand |
| A490 | 1979 | Standard Specification for Quenched and Tempered Alloy Steel Bolts for Structural Steel Joints |
| A496 | 1978 | Standard Specification for Deformed Steel Wire for Concrete Reinforcement |
| A497 | 1979 | Standard Specification for Welded Deformed Steel Wire Fabric for Concrete Reinforcement |
| A500 | 1978 | Standard Specification for Cold-Formed Welded and Seamless |

| AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL STANDARDS | | |
|---|---|---|
| **Designation** | **Edition** | **Title** |
| | | Carbon Steel Structural Tubing in Rounds and Shapes |
| A501 | 1976 | Standard Specification for Hot-Formed Welded and Seamless Carbon Steel Structural Tubing |
| A502 | 1976 | Standard Specification for Steel Structural Rivets |
| A514 | 1977 | Standard Specification for High-Yield Strength, Quenched and Tempered Alloy Steel Plate, Suitable for Welding |
| A522/A 522M | 1995b | Standard Specification for Forged or Rolled 8 and 9 % Nickel Alloy Steel Flanges, Fittings, Valves, and Parts for Low-Temperature Service |
| A539 | 1990a | Standard Specification for Electric-Resistance-Welded Coiled Steel Tubing for Gas and Fuel Oil Lines |
| A570 | 1979 | Standard Specification for Hot-Rolled Carbon Steel Sheet and Strip, Structural Quality |
| A572 | 1979 | Standard Specification for High-Strength Low-Alloy Columbium-Vanadium Steels of Structural Quality |
| A588 | 1979a | Standard Specification for High-Strength Low-Alloy Structural Steel with 50, 000 psi Minimum Yield Point to 4 in. Thick |
| A611 | 1972(1979) | Standard Specification for Steel, Cold-rolled Sheet, Carbon, Structural |
| A615 | 1979 | Standard Specification for Deformed and Plain Billet-Steel Bars for Concrete Reinforcement |
| A616 | 1979 | Standard Specification for Rail-Steel Deformed and Plain Bars for Concrete Reinforcement |
| A617 | 1979 | Standard Specification for Axle-Steel Deformed and Plain Bars for Concrete Reinforcement |
| A633 | 1979a | Standard Specification for Normalized High-Strength Low Alloy Structural Steel |
| B16 | 1992 | Standard Specification for Free-Cutting Brass Rod, Bar and Shapes for Use in Screw Machines |
| B21 | 1983b | Standard Specification for Naval Brass Rod, Bar, and Shapes |
| B21 | 1996 | Standard Specification for Naval Brass Rod, Bar, and Shapes |
| B42 | 1996 | Standard Specification for Seamless Copper Pipe, Standard Sizes |
| B68 | 1995 | Standard Specification for Seamless Copper Tube, Bright Annealed |
| B75 | 1997 | Standard Specification for Seamless Copper Tube |
| B85 | 1984 | Standard Specification for Aluminum-Alloy Die Castings |
| B88 | 1996 | Standard Specification for Seamless Copper Water Tube |
| B96 | 1993 | Standard Specification for Copper-Silicon Alloy Plate, Sheet, Strip, and Rolled Bar for General Purposes and Pressure Vessels |
| B111 | 1995 | Standard Specification for Copper and Copper-Alloy Seamless Condenser Tubes and Ferrule Stock |
| B122/B122M | 1995 | Standard Specification for Copper-Nickel-Tin Alloy, Copper-Nickel-Zinc Alloy (Nickel Silver), and Copper-Nickel Alloy Plate, |

| AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL STANDARDS | | |
|---|---|---|
| Designation | Edition | Title |
|  |  | Sheet, Strip and Rolled Bar |
| B124 | 1996 | Standard Specification for Copper and Copper-Alloy Forging Rod, Bar, and Shapes |
| B209 | 1996 | Standard Specification for Aluminum and Aluminum Alloy Sheet and Plate |
| B224 | 1980e1 | Standard Classification of Coppers |
| B283 | 1996 | Standard Specification for Copper and Copper-Alloy Die Forgings (Hot-Pressed) |
| B315 | 1993 | Standard Specification for Seamless Copper Alloy Pipe and Tube |
| B557 | 1984 | Standard Methods of Tension Testing Wrought and Cast Aluminum and Magnesium-Alloy Products |
| B580 | 1979 | Standard Specification for Anodized Oxide Coatings on Aluminum |
| B694 | 1986 | Standard Specification for Copper, Copper Alloy, and Copper-Clad Stainless Steel Sheet and Strip for Electrical Cable Shielding |
| C5 | 1979(1997) | Standard Specification for Quicklime for Structural Purposes |
| C150 | 1999a | Standard Specification for Portland Cement |
| C177 | 1997 | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guarded Hot-Plate Apparatus |
| C236 | 1989(1993)e1 | Standard Test Method for Steady-State Thermal Performance of Building Assemblies by Means of a Guarded Hot Box |
| C330 | 1999 | Standard Specification for Lightweight Aggregates for Structural Concrete |
| C509 | 1984 | Standard Specification for Cellular Elastomeric Preformed Gasket and Sealing Material |
| C516 | 1980(1996)e1 | Standard Specification for Vermiculite Loose Fill Thermal Insulation |
| C518 | 1991 | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus |
| C549 | 1981(1995)e1 | Standard Specification for Perlite Loose Fill Insulation |
| C564 | 1970(1982) | Standard Specification for Rubber Gaskets for Cast Iron Soil Pipe and Fittings |
| D86 | 2007 | Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure |
| D129 | 1995 | Standard Test Method for Sulfur in Petroleum Products (General Bomb Method) |
| D396 | 1998 | Standard Specification for Fuel Oils |
| D512 | 1989(1999) | Standard Test Methods for Chloride Ion In Water |
| D611 | 1982(1998) | Standard Test Methods for Aniline Point and Mixed Aniline Point of Petroleum Products and Hydrocarbon Solvents |
| D665 | 1998e1 | Standard Test Method for Rust-Preventing Characteristics of |

| AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL STANDARDS | | |
|---|---|---|
| **Designation** | **Edition** | **Title** |
| | | Inhibited Mineral Oil in the Presence of Water |
| D814 | 1995 | Standard Test Method for Rubber Property--Vapor Transmission of Volatile Liquids |
| D975 | 1998b | Standard Specification for Diesel Fuel Oils |
| D975 | 2007 | Standard Specification for Diesel Fuel Oils |
| D1217 | 1993(1998) | Standard Test Method for Density and Relative Density (Specific Gravity) of Liquids by Bingham Pycnometer |
| D1246 | 1995(1999) | Standard Test Method for Bromide Ion in Water |
| D1253 | 1986(1996) | Standard Test Method for Residual Chlorine in Water |
| D1266 | 1998 | Standard Test Method for Sulfur in Petroleum Products (Lamp Method) |
| D1298 | 1999 | Standard Test Method for Density, Relative Density (Specific Gravity), or API Gravity of Crude Petroleum and Liquid Petroleum Products by Hydrometer Method |
| D1335 | 1967(1972) | Standard Method of Test for Tuft Bind of Pile Floor Coverings |
| D1412 | 1993(1997) | Standard Test Method for Equilibrium Moisture of Coal at 96 to 97 Percent Relative Humidity and 30 Degrees Celsius |
| D1480 | 1993(1997) | Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Bingham Pycnometer |
| D1481 | 1993(1997) | Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Lipkin Bicapillary Pycnometer |
| D1518 | 1985(1998)e1 | Standard Test Method for Thermal Transmittance of Textile Materials |
| D1535 | 1989 | Standard Test Method for Specifying Color by the Munsell System |
| D1552 | 1995 | Standard Test Method for Sulfur in Petroleum Products (High-Temperature Method) |
| D1688 | 1995 | Standard Test Methods for Copper in Water |
| D1785 | 1986 | Standard Specification for Poly (Vinyl Chloride)(PVC) Plastic Pipe, Schedules 40, 80, and 120 |
| D1835 | 1997 | Standard Specification for Liquefied Petroleum (LP) Gases |
| D1890 | 1996 | Standard Test Method for Beta Particle Radioactivity of Water |
| D1943 | 1996 | Standard Test Method for Alpha Particle Radioactivity of Water |
| D1945 | 1996 | Standard Test Method for Analysis of Natural Gas By Gas Chromatography |
| D1946 | 1990(1994)e1 | Standard Practice for Analysis of Reformed Gas by Gas Chromatography |
| D2013 | 1986(1994) | Standard Method of Preparing Coal Samples for Analysis |
| D2015 | 1996 | Standard Test Method for Gross Calorific Value of Coal and Coke by the Adiabatic Bomb Calorimeter |
| D2036 | 1998 | Standard Test Method for Cyanides in Water |
| D2163 | 1991(1996) | Standard Test Method for Analysis of Liquefied Petroleum (LP) Gases and Propane Concentrates by Gas Chromatography |

| AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL STANDARDS | | |
|---|---|---|
| Designation | Edition | Title |
| D2216 | 1998 | Standard Test Method for Laboratory Determination of Water (Moisture) Content of Soil and Rock by Mass |
| D2234 | 1998 | Standard Practice for Collection of a Gross Sample of Coal |
| D2460 | 1997 | Standard Test Method for Alpha-Particle-Emitting Isotopes of Radium in Water |
| D2502 | 1992(1996) | Standard Test Method for Estimation of Molecular Weight (Relative Molecular Mass) of Petroleum Oils from Viscosity Measurements |
| D2503 | 1992(1997) | Standard Test Method for Relative Molecular Mass (Molecular Weight) of Hydrocarbons by Thermoelectric Measurement of Vapor Pressure |
| D2597 | 1994(1999) | Standard Test Method for Analysis of Demethanized Hydrocarbon Liquid Mixtures Containing Nitrogen and Carbon Dioxide by Gas Chromatography |
| D2622 | 1998 | Standard Test Method for Sulfur in Petroleum Products by Wavelength Dispersive X-ray Fluorescence Spectrometry |
| D2724 | 1987(1995) | Standard Test Methods for Bonded, Fused, and Laminated Apparel Fabrics |
| D2777 | 1998 | Standard Practice for Determination of Precision and Bias of Applicable Test Methods of Committee D-19 on Water |
| D2879 | 1997 | Standard Test Method for Vapor Pressure-Temperature Relationship and Initial Decomposition Temperature of Liquids by Isoteniscope |
| D2986 | 1995a(1999) | Standard Practice for Evaluation of Air, Assay Media by the Monodisperse DOP (Dioctyl Phthalate) Smoke Test |
| D3120 | 1996 | Standard Test Method for Trace Quantities of Sulfur in Light Liquid Petroleum Hydrocarbons by Oxidative Microcoulometry |
| D3173 | 1987(1996) | Standard Test Method for Moisture in the Analysis Sample of Coal and Coke |
| D3178 | 1989(1997) | Standard Test Methods for Carbon and Hydrogen in the Analysis Sample of Coal and Coke |
| D3236 | 1988(1999) | Standard Test Method for Apparent Viscosity of Hot Metal Adhesives and Coating Materials |
| D3246 | 1996 | Standard Test Method for Sulfur in Petroleum Gas by Oxidative Microcoulometry |
| D3286 | 1996 | Standard Test Method for Gross Calorific Value of Coal and Coke by the Isoperibol Bomb Calorimeter |
| D3371 | 1995 | Standard Test Method for Nitriles in Aqueous Solution by Gas-Liquid Chromatography |
| D3454 | 1997 | Standard Test Method for Radium-226 in Water |
| D3588 | 1998 | Standard Practice for Calculating Heat Value, Compressibility Factor, and Relative Density of Gaseous Fuels |
| D3697 | 1992(1996) | Standard Test Method for Antimony in Water |

| AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL STANDARDS | | |
|---|---|---|
| Designation | Edition | Title |
| D4177 | 1995 | Standard Practice for Automatic Sampling of Petroleum and Petroleum Products |
| D4239 | 1997e1 | Standard Test Methods for Sulfur in the Analysis Sample of Coal and Coke Using High Temperature Tube Furnace Combustion Methods |
| D4268 | 1993 | Standard Test Method for Testing Fiber Ropes |
| D4294 | 1998 | Standard Test Method for Sulfur in Petroleum and Petroleum Products by Energy-Dispersive X-Ray Fluorescence Spectrometry |
| D4329 | 1999 | Standard Practice for Fluorescent UV Exposure of Plastics |
| D4809 | 1995 | Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter (Precision Method) |
| D4891 | 1989(1994)e1 | Standard Test Method for Heating Value of Gases in Natural Gas Range by Stoichiometric Combustion |
| D4986 | 1998 | Standard Test Method for Horizontal Burning Characteristics of Cellular Polymeric Materials |
| D5257 | 1997 | Standard Test Method for Dissolved Hexavalent Chromium in Water by Ion Chromatography |
| D5373 | 1993(1997) | Standard Methods for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Laboratory Samples of Coal and Coke |
| D5489 | 1996a | Standard Guide for Care Symbols for Care Instructions Textile Products |
| D5673 | 1996 | Standard Test Method for Elements in Water by Inductively Coupled Plasma- Mass Spectrometry |
| D5865 | 1998a | Standard Test Method for Gross Calorific Value of Coal and Coke |
| D6216 | 1998 | Standard Practice for Opacity Monitor Manufacturers to Certify Conformance with Design and Performance Specifications |
| D6228 | 1998 | Standard Test Method for Determination of Sulfur Compounds in Natural Gas and Gaseous Fuels by Gas Chromatography and Flame Photometric Detection |
| D6420 | 1999 | Standard Test Method for Determination of Gaseous Organic Compounds by Direct Interface Gas Chromatography-Mass Spectrometry |
| D6503 | 1999 | Standard Test Method for Enterococci in Water Using Enterolert |
| E11 | 1995 | Standard Specification for Wire Cloth and Sieves for Testing Purposes |
| E23 | 1982 | Standard Test Methods for Notched Bar Impact Testing of Metallic Materials |
| E29 | 1990 | Standard Practice for Using Significant Digits in Test Data to Determine Conformance with Specifications |
| E72 | 1980 | Standard Methods of Conducting Strength Tests of Panels for Building Construction |
| E96 | 1995 | Standard Test Methods for Water Vapor Transmission of Materials |
| E145 | 1994e1 | Standard Specification for Gravity-Convection and Forced- |

6

| AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL STANDARDS | | |
|---|---|---|
| **Designation** | **Edition** | **Title** |
| | | Ventilation Ovens |
| E169 | 1987 | Standard Practices for General Techniques of Ultraviolet-Visible Quantitative Analysis |
| E185 | 1982 | Standard Practice for Conducting Surveillance Tests for Light-Water Cooled Nuclear Power Reactor Vessels |
| E260 | 1996 | Standard Practice for Packed Column Gas Chromatography |
| E283 | 1991(1999) | Standard Test Method for Determining Rate of Air Leakage Through Exterior Windows, Curtain Walls, and Doors Under Specified Pressure Differences Across the Specimen |
| E408 | 1971 | Standard Methods of Test for Total Normal Emittance of Surfaces Using Inspection-Meter Techniques |
| E424 | 1971 | Standard Methods of Test for Solar Energy Transmittance and Reflectance (Terrestrial) of Sheet Materials |
| E606 | 1980 | Standard Recommended Practice for Constant-Amplitude Low-Cycle Fatigue Testing |
| E681 | 1985 | Standard Test Method for Concentration Limits of Flammability of Chemicals |
| E695 | 1979(1997)e1 | Standard Method of Measuring Relative Resistance of Wall, Floor, and Roof Construction to Impact Loading |
| E711 | 1987(1992) | Standard Test Method for Gross Calorific Value of Refuse-Derived Fuel by the Bomb Calorimeter |
| E773 | 1997 | Standard Test Method for Accelerated Weathering of Sealed Insulating Glass Units |
| E774 | 1997 | Standard Specifications for the Classification of the Durability of Sealed Insulating Glass Units |
| E776 | 1987(1992) | Standard Test Method for Forms of Chlorine in Refuse-Derived Fuel |
| E885 | 1988 | Standard Test Methods for Analyses of Metals in Refuse-Derived Fuel by Atomic Absorption Spectroscopy |
| E1337 | 1990(1996) | Standard Test Method for Determining Longitudinal Peak Braking Coefficient of Paved Surfaces Using a Standard Reference Test Tire |
| F462 | 1979(1999) | Standard Consumer Safety Specification for Slip-Resistant Bathing Facilities |
| F478 | 1992(1999) | Standard Specification for In-Service Care of Insulating Line Hose and Covers |
| F631 | 1980(1985) | Standard Method for Testing Full Scale Advancing Spill Removal Devices |
| F631 | 1993 | Standard Guide for Collecting Skimmer Performance Data in Controlled Environments |
| F682 | 1982a(1988) | Standard Specification for Wrought Carbon Steel Sleeve-Type Pipe Couplings |
| F715 | 1981(1986) | Standard Methods of Testing Spill Control Barrier Membrane |

7

| AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL STANDARDS | | |
|---|---|---|
| **Designation** | **Edition** | **Title** |
| | | Materials |
| F715 | 1995 | Standard Test Methods for Coated Fabrics Used for Oil Spill Control and Storage |
| F722 | 1982(1988) | Standard Specification for Welded Joints for Shipboard Piping Systems |
| F808 | 1983(1988)e1 | Standard Guide for Collecting Skimmer Performance Data in Uncontrolled Environments |
| F1003 | 1986(1992) | Standard Specification for Searchlights on Motor Lifeboats |
| F1006 | 1986(1997) | Standard Specification for Entrainment Separators for Use in Marine Piping Applications |
| F1007 | 1986(1996)e1 | Standard Specification for Pipe-Line Expansion Joints of the Packed Slip Type for Marine Application |
| F1014 | 1992 | Standard Specification for Flashlights on Vessels |
| F1020 | 1986(1996)e1 | Standard Specification for Line-Blind Valves for Marine Applications |
| F1120 | 1987(1998) | Standard Specification for Circular Metallic Bellows Type Expansion Joints for Piping Applications |
| F1121 | 1987(1998) | Standard Specification for International Shore Connections for Marine Fire Applications |
| F1122 | 1987(1998) | Standard Specification for Quick Disconnect Couplings |
| F1123 | 1987(1998) | Standard Specification for Non-Metallic Expansion Joints |
| F1139 | 1988(1998) | Standard Specification for Steam Traps and Drains |
| F1155 | 1998 | Standard Practice for Selection and Application of Piping System Materials |
| F1172 | 1988(1998) | Standard Specification for Fuel Oil Meters of the Volumetric Positive Displacement Type |
| F1173 | 1995 | Standard Specification for Thermosetting Resin Fiberglass Pipe and Fittings to be Used for Marine Applications |
| F1193 | 2006 | Standard Practice for Quality, Manufacture, and Construction of Amusement Rides and Devices |
| F1199 | 1988(1998) | Standard Specification for Cast (All Temperatures and Pressures) and Welded Pipe Line Strainers (150 psig and 150 Degrees F Maximum) |
| F1200 | 1988(1998) | Standard Specification for Fabricated (Welded) Pipe Line Strainers (Above 150 psig and 150°F) |
| F1201 | 1988(1998) | Standard Specification for Fluid Conditioner Fittings in Piping Applications Above Zero Degrees F |
| F1271 | 1990(1995)e1 | Standard Specification for Spill Valves for Use in Marine Tank Liquid Overpressure Protections Applications |
| F1273 | 1991(1996)e1 | Standard Specification for Tank Vent Flame Arresters |
| F1321 | 1992 | Standard Guide for Conducting a Stability Test (Lightweight Survey and Inclining Experiment) to Determine Light Ship |

| AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL STANDARDS | | |
|---|---|---|
| Designation | Edition | Title |
|  |  | Displacement and Centers of Gravity of a Vessel |
| F1323 | 1998 | Standard Specification for Shipboard Incinerators |
| F1471 | 1993 | Standard Test Method for Air Cleaning Performance of a High-Efficiency Particulate Air-Filter System |
| F1546/F 1546M | 1996 | Standard Specification for Fire Hose Nozzles |
| F1548 | 1994 | Standard Specification for the Performance of Fittings for Use with Gasketed Mechanical Couplings Used in Piping Applications |
| F1951 | 1999 | Standard Specification for Determination of Accessibility of Surface Systems Under and Around Playground Equipment |
| G21 | 1990 | Standard Practice for Determining Resistance of Synthetic Polymeric Materials to Fungi |
| G151 | 1997 | Standard Practice for Exposing Nonmetallic Materials in Accelerated Test Devices that Use Laboratory Light Sources |
| G154 | 2000a | Standard Practice for Operating Fluorescent Light Apparatus for UV Exposure of Nonmetallic Materials |

| NATIONAL FIRE PROTECTION ASSOCIATION, INC. STANDARDS | | |
|---|---|---|
| Designation | Edition | Title |
| NFPA 1 | 2003 | Uniform Fire Code |
| NFPA 1 | 2006 | Uniform Fire Code |
| NFPA 11 | 2005 | Standard for Low Medium and High Expansion Foam |
| NFPA 12 | 2005 | Standard on Carbon Dioxide Extinguishing Systems |
| NFPA 10 | 2002 | Standard for Portable Fire Extinguishers (Title of work on certificate of registration is "National Fire Codes Vol. 1-12 and Master Index") |
| NFPA 13 | 2002 | Installation of Sprinkler Systems (Title of work on certificate of registration is "National Fire Codes Vol. 1-12 and Master Index") |
| NFPA 25 | 2002 | Inspection, Testing and Maintenance of Water-Based Fire Protection Systems (Title of work on certificate of registration is "National Fire Codes Vol. 1-12 and Master Index") |
| NFPA 30 | 2003 | Flammable and Combustible Liquids Code |
| NFPA 54 | 2006 | National Fuel Gas Code |
| NFPA 58 | 2001 | Liquified Petroleum Gas Code (Title of work on certificate of registration is "National Fire Codes Vol 3") |
| NFPA 58 | 2004 | Liquefied Petroleum Gas Code |
| NFPA 59 | 2004 | Utility LP Gas Plant Code |
| NFPA 70 | 1999 | National Electrical Code |
| NFPA 70 | 2005 | National Electrical Code |
| NFPA 70 | 2008 | National Electrical Code |
| NFPA 70 | 2011 | National Electrical Code |
| NFPA 70 | 2014 | National Electrical Code |

| NATIONAL FIRE PROTECTION ASSOCIATION, INC. STANDARDS | | |
|---|---|---|
| Designation | Edition | Title |
| NFPA 72 | 2002 | National Fire Alarm Code |
| NFPA 99 | 2005 | Health Care Facilities Code |
| NFPA 101 | 2000 | Life Safety Code |
| NFPA 101 | 2003 | Life Safety Code |
| NFPA 101 | 2006 | Life Safety Code |
| NFPA 704 | 2007 | Standard System for the Identification of the Hazards of Materials for Emergency Response |

| AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS STANDARDS | | |
|---|---|---|
| Designation | Edition | Title |
| ASHRAE 90.1 | 2004 | Energy Standard for Buildings Except Low-Rise Residential Buildings |
| ASHRAE 90.1 | 2007 | Energy Standard for Buildings Except Low-Rise Residential Buildings |
| ASHRAE 90.1 | 2010 | Energy Standard for Buildings Except Low-Rise Residential Buildings |