# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** American Society for Testing & Materials,

**v.**

Public.Resource.Org, Inc.

**Case No:** 22-7063

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

American Society of Heating, Refrigerating,

and Air-Conditioning Engineers, Inc.

### Counsel Information

Lead Counsel: _____

Direct Phone: ( ____ ) _____ Fax: ( ____ )    Email: _____

2nd Counsel:  Kenneth L. Steinthal

Direct Phone: ( 415 ) 318-1211 Fax: ( ____ ) _____-    Email: ksteinthal@kslaw.com

3rd Counsel: _____

Direct Phone: ( ____ ) _____-  Fax: ( ____ ) _____-    Email: _____

Firm Name:  King & Spalding LLP

Firm Address: 50 California Street, Suite 3300, San Francisco, CA 94111

Firm Phone: ( 415 ) 318-1200 Fax: ( 415 ) 318-1300  Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.