*Appeal No. 22-7063*

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

American Society for Testing and Materials; National Fire Protection Association, Inc.; American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.,

*Appellants,*

v.

Public.Resource.Org, Inc.,

*Appellee.*

Appeal from the United States District Court for the District of Columbia, Hon. Tanya S. Chutkan, Case No. 1:13-cv-01215-TSC-DAR

**CERTIFICATE AS TO PARTIES, RULINGS & RELATED CASES**

> Matthew B. Becker
> FENWICK & WEST LLP
> 555 California Street, 12th Floor
> San Francisco, CA  94104
> Telephone:    (415) 875-2300
> Facsimile:    (415) 281-1350
>
> *Attorneys for Appellant*
> *Public.Resource.Org, Inc.,*

June 3, 2022

In accordance with Circuit Rule 28, Appellee certifies:

**(A)     Parties and Amici.**  All parties, intervenors, and amici appearing before the district court and in this court are listed in the Certificate as to Parties, Rulings, and Related Cases filed by the Appellants.  Doc. No. 1949096.

**(B)     Rulings Under Review.**  References to the rulings at issue appear in the Certificate as to Parties, Rulings, and Related Cases filed by the Appellants.  Doc. No. 1949096.

**(C)     Related Cases.**  This case was previously before this Court in Case No. 17-7035, *American Society for Testing and Materials, et al. v. Public.Resource.Org, Inc.*, consolidated with Case No. 17-7039, *American Educational Research Association, Inc. et al. v. Public.Resource.Org, Inc.*  Counsel are not aware of any other related cases.

Dated:  June 3, 2022                FENWICK & WEST LLP

                                    By:  */s/ Matthew B. Becker*
                                         Matthew B. Becker

                                    *Attorneys for Appellee*
                                    *Public.Resource.Org, Inc.,*

1

## CERTIFICATE OF SERVICE

I, Matthew B. Becker, hereby certify that on June 3, 2022, I electronically filed the foregoing Certificate as to Parties, Rulings, and Related Cases with the United States Court of Appeals for the District of Columbia Circuit through the Court's CM/ECF system, which will serve all Counsel who are registered CM/ECF users.

Dated: June 3, 2022

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350


By: */s/ Matthew B. Becker*
      Matthew B. Becker

*Attorneys for Appellee*
*Public.Resource.Org, Inc.,*