*Appeal No. 22-7063*

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

American Society for Testing and Materials; National Fire Protection Association, Inc.; American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.,

*Appellants,*

v.

Public.Resource.Org, Inc.,

*Appellee.*

Appeal from the United States District Court for the District of Columbia, Hon. Tanya S. Chutkan, Case No. 1:13-cv-01215-TSC-DAR

## CORPORATE DISCLOSURE STATEMENT

Matthew B. Becker
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

*Attorneys for Appellant*
*Public.Resource.Org, Inc.,*

June 3, 2022

In accordance with Circuit Rule 26.1, Defendant-Appellee Public.Resource.Org, Inc. states that it has no parent company, and no publicly-held company has a 10% or greater ownership interest in it. Public.Resource.Org, Inc. is a registered 501(c)(3) nonprofit.

Dated: June 3, 2022                    FENWICK & WEST LLP

                                          By: */s/ Matthew B. Becker*
                                                  Matthew B. Becker

*Attorneys for Appellee*
*Public.Resource.Org, Inc.,*

1

## CERTIFICATE OF SERVICE

I, Matthew B. Becker, hereby certify that on June 3, 2022, I electronically filed the foregoing Corporate Disclosure Statement with the United States Court of Appeals for the District of Columbia Circuit through the Court's CM/ECF system, which will serve all Counsel who are registered CM/ECF users.

Dated: June 3, 2022

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350


By: */s/ Matthew B. Becker*
         Matthew B. Becker

*Attorneys for Appellee*
*Public.Resource.Org, Inc.,*