No. 22-7063

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMERICAN SOCIETY FOR TESTING AND MATERIALS; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; AND AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, INC.,
*Appellants*,

v.

PUBLIC.RESOURCE.ORG, INC.,
*Appellee*.

*Appeal from the United States District Court for the District of Columbia, Hon. Tanya S. Chutkan, No. 1:13-cv-1215-TSC*

## UNOPPOSED MOTION TO SET BRIEFING SCHEDULE

| | |
|---|---|
| J. KEVIN FEE | KELLY M. KLAUS |
| DLA PIPER LLP (US) | MUNGER, TOLLES & OLSON LLP |
| 500 Eighth Street, N.W. | 560 Mission Street, 27th Floor |
| Washington, D.C. 20004 | San Francisco, CA 94105 |
| Tel: 202.799-4441 | Tel: 415.512.4000 |
| Email: kevin.fee@us.dlapiper.com | Email: kelly.klaus@mto.com |
| | |
| *Counsel for American Society for Testing and Materials d/b/a/ ASTM International* | *Counsel for National Fire Protection Association, Inc.* |

**June 29, 2022**
*(additional counsel listed below)*

<div style="column-count:2">

Jeffrey S. Bucholtz
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202.737.0500
Email: jbucholtz@kslaw.com

Kenneth L. Steinthal
King & Spalding LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Tel: 415.318.1200
Email: ksteinthal@kslaw.com

*Counsel for American Society of Heating, Refrigerating, and Air Conditioning Engineers, Inc.*

Rose Leda Ehler
Munger, Tolles & Olson LLP
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071-3426
Tel: 213.683.9100
Email: rose.ehler@mto.com

Rachel G. Miller-Ziegler
Munger, Tolles & Olson LLP
601 Massachusetts Avenue NW
Suite 500E
Washington, D.C. 20001
Tel: 202.220.1100
Email: rachel.miller-ziegler@mto.com

*Additional Counsel for National Fire Protection Association, Inc.*

</div>

Plaintiffs-Appellants American Society for Testing and Materials, National Fire Protection Association, Inc., and American Society of Heating, Refrigerating, and Air Conditioning Engineers, Inc. ("Plaintiffs") move pursuant to Federal Rule of Appellate Procedure 27 and Circuit Rule 27 for an order establishing a briefing schedule. Recognizing the importance of the issues raised by this appeal, Plaintiffs request a schedule that will accommodate all parties and amici, while pursuing a prompt resolution, with a particular concern for the needs of amici who wish to weigh in on this important litigation. Plaintiffs have conferred with Defendant-Appellee Public.Resource.Org, Inc. All parties have agreed on this schedule, and this motion is unopposed. Accordingly, Plaintiffs respectfully request that the Court establish the following schedule for this appeal, or any similar schedule that the Court finds just and reasonable:

- Plaintiffs-Appellants' principal brief to be due September 16, 2022;
- Amicus briefs in support of Plaintiffs-Appellants or of neither party to be due October 14, 2022;
- Defendant-Appellee's brief to be due November 14, 2022;
- Amicus briefs in support of Defendant-Appellee to be due December 12, 2022;

- Plaintiffs-Appellants' reply brief to be due January 13, 2023.

Dated: June 29, 2022　　　　Respectfully submitted,

*/s/ J. Kevin Fee*
J. KEVIN FEE
DLA PIPER LLP (US)
500 Eighth Street, N.W.
Washington, D.C. 20004
Tel: 202.799-4441
Email: kevin.fee@us.dlapiper.com

*Counsel for American Society for Testing and Materials d/b/a/ ASTM International*

*/s/ Kelly M. Klaus*
KELLY M. KLAUS
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: 415.512.4000
Email: kelly.klaus@mto.com

*Counsel for National Fire Protection Association, Inc.*

/s/ *Jeffrey S. Bucholtz*
JEFFREY S. BUCHOLTZ
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202.737.0500
jbucholtz@kslaw.com

- 2 -

>KENNETH L. STEINTHAL
>KING & SPALDING LLP
>101 Second Street, Suite 2300
>San Francisco, CA 94105
>Tel: 415.318.1200
>Email:  ksteinthal@kslaw.com
>
>*Counsel for American Society of Heating, Refrigerating, and Air Conditioning Engineers, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing will be made on June 29, 2022 through the D.C. Circuit CM/ECF system, which will serve counsel of record registered as CM/ECF users as follows:

>ANDREW P. BRIDGES
>MATTHEW BECKER
>FENWICK & WEST LLP
>555 California Street, 12th Floor
>San Francisco, CA 94104
>Tel: (415) 875-2300
>Fax: (415) 281-1350
>abridges@fenwick.com
>mbecker@fenwick.com
>
>CORYNNE MCSHERRY
>MITCHELL L. STOLTZ
>ELECTRONIC FRONTIER FOUNDATION
>815 Eddy Street
>San Francisco, CA 94109
>Tel: (415) 436-9333
>Fax: (415) 436-9993
>corynne@eff.org
>mitch@eff.org
>
>DAVID HALPERIN
>1805 9th Street NW
>Washington, DC 20001
>Tel: (202) 905-3434
>davidhalperindc@gmail.com
>
>*Attorneys for Appellee Public.Resource.Org, Inc.*

June 29, 2022                                    */s/ J. Kevin Fee*
                                                 J. Kevin Fee