No. 22-7063

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMERICAN SOCIETY FOR TESTING AND MATERIALS; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; AND AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, INC.,
*Appellants*,

v.

PUBLIC.RESOURCE.ORG, INC.,
*Appellee*.

*Appeal from the United States District Court for the District of Columbia, Hon. Tanya S. Chutkan, No. 1:13-cv-1215-TSC*

## CERTIFICATE OF COMPLIANCE

| | |
|---|---|
| J. KEVIN FEE | KELLY M. KLAUS |
| DLA PIPER LLP (US) | MUNGER, TOLLES & OLSON LLP |
| 500 Eighth Street, N.W. | 560 Mission Street, 27th Floor |
| Washington, D.C. 20004 | San Francisco, CA 94105 |
| Tel: 202.799-4441 | Tel: 415.512.4000 |
| Email: kevin.fee@us.dlapiper.com | Email: kelly.klaus@mto.com |
| | |
| *Counsel for American Society for Testing and Materials d/b/a/ ASTM International* | *Counsel for National Fire Protection Association, Inc.* |

**June 29, 2022**
*(additional counsel listed below)*

| | |
|---|---|
| JEFFREY S. BUCHOLTZ<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Tel: 202.737.0500<br>Email: jbucholtz@kslaw.com | ROSE LEDA EHLER<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Ave., 50th Floor<br>Los Angeles, CA 90071-3426<br>Tel: 213.683.9100<br>Email: rose.ehler@mto.com |
| KENNETH L. STEINTHAL<br>KING & SPALDING LLP<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>Tel: 415.318.1200<br>Email: ksteinthal@kslaw.com<br><br>*Counsel for American Society of Heating, Refrigerating, and Air Conditioning Engineers, Inc.* | RACHEL G. MILLER-ZIEGLER<br>MUNGER, TOLLES & OLSON LLP<br>601 Massachusetts Avenue NW<br>Suite 500E<br>Washington, D.C. 20001<br>Tel: 202.220.1100<br>Email: rachel.miller-ziegler@mto.com<br><br>*Additional Counsel for National Fire Protection Association, Inc.* |

I certify that this motion complies with the type-volume limitation set forth in Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 186 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f) and D.C. Circuit Rule 32(e)(1), according to the count of Microsoft Word.

I certify that this motion complies with the typeface requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and the type style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word in Century Schoolbook 14-point font.

Dated:  June 29, 2022         */s/ J. Kevin Fee*

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing will be made on June 29, 2022 through the D.C. Circuit CM/ECF system, which will serve counsel of record registered as CM/ECF users as follows:

>ANDREW P. BRIDGES
>MATTHEW BECKER
>FENWICK & WEST LLP
>555 California Street, 12th Floor
>San Francisco, CA 94104
>Tel: (415) 875-2300
>Fax: (415) 281-1350
>abridges@fenwick.com
>mbecker@fenwick.com
>
>CORYNNE MCSHERRY
>MITCHELL L. STOLTZ
>ELECTRONIC FRONTIER FOUNDATION
>815 Eddy Street
>San Francisco, CA 94109
>Tel: (415) 436-9333
>Fax: (415) 436-9993
>corynne@eff.org
>mitch@eff.org
>
>DAVID HALPERIN
>1805 9th Street NW
>Washington, DC 20001
>Tel: (202) 905-3434
>davidhalperindc@gmail.com
>
>*Attorneys for Appellee Public.Resource.Org, Inc.*

June 29, 2022                                    */s/ J. Kevin Fee*
                                                 J. Kevin Fee