# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Am. Soc'y for Testing & Materials, et al.

**v.**

Public.Resource.Org, Inc.

**Case No:** 22-7063

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

American Society for Testing and Materials

d/b/a ASTM International

### Counsel Information

**Lead Counsel:** Jane W. Wise

**Direct Phone:** (202) 799-4149   **Fax:** (202) 863-7849   **Email:** jane.wise@us.dlapiper.com

**2nd Counsel:**

**Direct Phone:** (   )    **Fax:** (   )    **Email:**

**3rd Counsel:**

**Direct Phone:** (   ) -    **Fax:** (   ) -    **Email:**

**Firm Name:** DLA Piper LLP (US)

**Firm Address:** 500 Eighth Street, NW, Washington, D.C. 20004

**Firm Phone:** (202) 799-4000   **Fax:** (202) 799-5000   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)