# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Am. Society for Testing & Materials, et al

v.

Public.Resource.Org, Inc.

**Case No:** 22-7063

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

National Fire Protection Association, Inc.

### Counsel Information

**Lead Counsel:** Donald B. Verrilli, Jr.

**Direct Phone:** (202) 220-1100   **Fax:** (202) 220-2300   **Email:** donald.verrilli@mto.com

**2nd Counsel:**

**Direct Phone:** (   )    -      **Fax:** (   )    -      **Email:**

**3rd Counsel:**

**Direct Phone:** (   )    -      **Fax:** (   )    -      **Email:**

**Firm Name:** Munger, Tolles & Olson LLP

**Firm Address:** 601 Massachusetts Avenue NW, Suite 500E, Washington, D.C. 20001

**Firm Phone:** (202) 220-1100   **Fax:** (202) 220-2300   **Email:** donald.verrilli@mto.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)