**MUNGER, TOLLES & OLSON LLP**

RONALD L. OLSON
ROBERT E. DENHAM
JEFFREY I. WEINBERGER
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
GEORGE M. GARVEY
WILLIAM D. TEMKO
JOHN W. SPIEGEL
DONALD B. VERRILLI, JR. P.C. *
TERRY E. SANCHEZ
STEVEN M. PERRY
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
KATHLEEN M. M'DOWELL
GLENN D. POMERANTZ
THOMAS B. WALPER
HENRY WEISSMANN
KEVIN S. ALLRED
JEFFREY A. HEINTZ
JUDITH T. KITANO
TED DANE
STUART N. SENATOR
MARTIN D. BERN
ROBERT L. DELL ANGELO
JONATHAN E. ALTMAN
KELLY M. KLAUS
DAVID B. GOLDMAN
DAVID H. FRY
LISA J. DEMSKY
MALCOLM A. HEINICKE
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
CAROLYN HOECKER LUEDTKE
C. DAVID LEE
BRETT J. RODDA P.C. *
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
MISTY M. SANFORD
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
LAURA D. SMOLOWE
KYLE W. MACH

HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
BRYAN H. HECKENLIVELY
ELAINE J. GOLDENBERG P.C. *
GINGER D. ANDERS P.C. *
MARGARET G. MARASCHINO
JOHN M. GILDERSLEEVE
ADAM B. WEISS
KELLY L.C. KRIEBS
JEREMY A. LAWRENCE
LAURA K. LIN
ACHYUT J. PHADKE
ZACHARY M. BRIERS
JENNIFER M. BRODER
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
ROSE LEDA EHLER
JOHN W. BERRY
ROBYN K. BACON
JORDAN D. SEGALL
JONATHAN KRAVIS*
KAREN A. LORANG
JOHN L. SCHWAB
EMILY C. CURRAN-HUBERTY
MATTHEW S. SCHONHOLZ
AIMEE M. CONTRERAS-CAMUA
L. ASHLEY AULL
WESLEY T.L. BURRELL
CRAIG JENNINGS LAVOIE
JENNIFER L. BRYANT
NICHOLAS D. FRAM
TYLER HILTON
VINCENT LING
LAUREN BELL
VICTORIA A. DEGTYAREVA
JULIANA M. YEE
JEREMY K. BEECHER
MATTHEW K. DONOHUE
JOHN B. MAJOR
LAUREN C. BARNETT
NICK R. SIDNEY
SKYLAR B. GROVE
LAURA M. LÓPEZ
COLIN A. DEVINE
DANE P. SHIKMAN
MAGGIE THOMPSON
ALLISON M. DAY
GIOVANNI S. SAARMAN GONZÁLEZ
STEPHANIE G. HERRERA

TERESA REED DIPPO
DANIEL BENYAMIN
SARA A. McDERMOTT
J. MAX ROSEN
RACHEL G. MILLER-ZIEGLER*
ANNE K. CONLEY
DAVID W. BREWSTER III
ANDRE W. BREWSTER III
ROWLEY J. RICE
DAHLIA MIGNOUNA*
BRANDON R. TEACHOUT
USHA CHILUKURI VANCE
ALEXANDER S. GORIN
ZARA BARI
BRENDAN B. GANTS*
LAUREN E. ROSS*
BENJAMIN G. BAROKH
ABE DYK
MICHELE C. NIELSEN
APRIL YOUPEE-ROLL
MEGAN MCCREADIE
STEPHEN HYLAS
ARIEL TESHUVA
SHANNON GALVIN AMINIRAD
XIAONAN APRIL HU*
NATALIE KARL
BRANDON MARTINEZ
ERINMA E. MAN
CARRIE C. LITTEN
RUBY J. GARRETT*
JAMES R. SALZMANN
SAMIR HALAWI
ROBIN S. GRAY
MICA L. MOORE
JOSEPH MOSES
MICHAEL I. SELVIN
HUNTER V. ARMOUR
NATHANIEL F. SUSSMAN
PAUL E. MARTIN
REBECCA LL. SCIARRINO
CORY M. BATZA
BRIAN R. BOESSENECKER
AVI REJWAN OVED
ROBERT E. BOWEN
RICHARD T. JOHNSON
GRACE DAVIS FISHER
LAUREN N. BECK
CALEB W. PEIFFER
ANDRES CANTERO, JR.
GREGORY T. S. BISCHOPING*
JAMIE B. LIGURI

STEVEN B. R. LEVICK
SARA H. WORTH
WILLIAM M. ORR
GABRIEL M. BRONSHTEYN
JING JIN
ALEX C. WERNER
ROSIO FLORES
JESSICA O. LAIRD
ERICA C. TOOCH
EVELYN DANFORTH-SCOTT
EVAN MANN
ANDREW T. NGUYEN
RACHEL M. SCHIFF
MIRANDA E. REHAUT
TIANA S. BAHERI
STEPHANY REAVES*
LAUREN E. KUHN
MINKEE K. SOHN
GARRETT SOLBERG

OF COUNSEL

ROBERT K. JOHNSON
PATRICK J. CAFFERTY, JR.
PETER A. DETRE
PETER E. GRATZINGER
JENNY H. HONG
KIMBERLY A. CHI
ADAM R. LAWTON
MICHAEL E. GREANEY
SARAH J. COLE
FAYE PAUL TELLER
BOBBY MALHOTRA

E. LEROY TOLLES
(1922-2008)

*ADMITTED IN DC.
ALL OTHERS ADMITTED IN CA

601 MASSACHUSETTS AVENUE NW
SUITE 500E
WASHINGTON, D.C. 20001-5369
TELEPHONE (202) 220-1100
FACSIMILE (202) 220-2300

———

350 SOUTH GRAND AVENUE
FIFTIETH FLOOR
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100
FACSIMILE (213) 683-3702

———

560 MISSION STREET
TWENTY-SEVENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

September 23, 2022

Writer's Direct Contact
(202) 220-1101
(213) 683-4007 FAX
Donald.Verrilli@mto.com

Mark J. Langer
Clerk of Court
United States Court of Appeals for the
    District of Columbia Circuit
333 Constitution Avenue NW
Washington, DC 20001

Re:    *American Society for Testing and Materials, et al. v. Public.Resource.Org, Inc.*,
    No. 22-7063

Dear Mr. Langer:

I write to address Plaintiff-Appellants ("Plaintiffs") use of acronyms and abbreviations in their opening brief filed in the above-referenced appeal. Following the Court's letter dated September 19, Plaintiffs have filed a revised brief to eliminate certain acronyms and abbreviations. The revised brief retains three categories of acronyms and abbreviations.

First, the brief uses acronyms to refer to the three Plaintiffs: American Society for Testing and Materials ("ASTM"), National Fire Protection Association ("NFPA"), and American Society of Heating, Refrigerating, and Air Conditioning Engineers ("ASHRAE"). These organizations are widely referred to by their acronyms within the industry, and the parties and previous decisions in this litigation have used those acronyms rather than Plaintiffs' full names. Additionally, Plaintiffs' copyrighted standards at issue in this litigation are named using those acronyms and a number or combination of letters and numbers, rather than Plaintiffs' full names (*e.g.*, ASTM B85, NFPA 70, and ASHRAE 90.1).

MUNGER, TOLLES & OLSON LLP

Mark J. Langer
September 23, 2022
Page 2

Second, the brief uses the term "IBR" to refer to the process of "incorporation by reference."  This appeal centers on the effects of that process and the term IBR has been widely used by the parties during previous briefing, including previous briefing in this Court.  *See, e.g.*, Final Brief of Appellees xviii, *American Society for Testing and Materials et al. v. Public.Resource.Org*, No. 17-7035 (Feb. 14, 2018).

Third, the brief uses "SMF," "2d. Supp. SMF," and "3d. Supp. SMF" to refer to three statements of material facts that Plaintiffs filed in the district court.  Plaintiffs used those abbreviations in their filings below, and the district court's opinion adopted very similar abbreviations.  *See* Memorandum Opinion 2, 8-9 (using "Pls.' SMF," Pls.' 2d SMF," and "Pls.' 3d SMF").  While Plaintiffs could have referred to those filings by their docket numbers instead of those abbreviations, Plaintiffs' view was that using abbreviations would more clearly communicate the documents being cited than using docket numbers.

Plaintiffs believe that their use of these acronyms and abbreviations is consistent with the Court's directive dated January 26, 2010 and the D.C. Circuit Handbook.  Most significantly, because these acronyms and abbreviations have been extensively used throughout this litigation, Plaintiffs use of them on appeal provides consistency with the record.  Moreover, because alternative options available to Plaintiffs (*e.g.*, using "Dkt. 201" rather than "2d. Supp. SMF" to refer to Plaintiffs' Second Supplemental Statement of Material Facts in Support of Their Second Motion for Summary Judgment) would have, in Plaintiffs' view, been more cumbersome and difficult for the Court to follow, Plaintiffs' view is that their use of acronyms and abbreviations is most consistent with the Court's goal of "enhanc[ing] the clarity of… brief[s]."  Notice Regarding Acronyms (Jan. 26, 2010).

I appreciate your courtesy in providing this letter to the Panel.  Please do not hesitate to contact me if there is any additional information I can provide.

Very truly yours,

*/s/ Donald B. Verrilli, Jr.*

Donald B. Verrilli, Jr.