No. 22-7063

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMERICAN SOCIETY FOR TESTING AND MATERIALS; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; AND AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, INC.,
*Appellants*,

v.

PUBLIC.RESOURCE.ORG, INC.,
*Appellee*.

*Appeal from the United States District Court for the District of Columbia, Hon. Tanya S. Chutkan, No. 1:13-cv-1215-TSC*

## NOTICE OF PARTIES' CONSENT TO PARTICIPATION AS *AMICUS CURIAE*

FAEGRE DRINKER BIDDLE & REATH LLP
Brian A. Coleman, Esq.
1500 K Street, N.W., Ste. 1100
Washington, DC 20005, USA
Telephone: 212-248-3140
brian.coleman@faegredrinker.com

COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 38th Floor
New York, New York 10010
Telephone: 212-974-7474

*Counsel for Amicus Curiae*

**October 10, 2022**

Pursuant to Circuit Rule 29, the Copyright Alliance hereby provides notice to the Court that it intends to participate as amicus curiae in this appeal on behalf of Appellants. All parties have consented to the Copyright Alliance's participation as amicus curiae.

Dated: October 10, 2022

Respectfully submitted,

*/s/ Brian A. Coleman*

*Counsel for Amicus Curiae Copyright Alliance*

FAEGRE DRINKER BIDDLE & REATH LLP
Brian A. Coleman, Esq.
1500 K Street, N.W., Ste. 1100
Washington, DC 20005, USA
Telephone: 212-248-3140
brian.coleman@faegredrinker.com

Cowan DeBaets Abrahams & Sheppard LLP
Nancy E. Wolff, Esq. (*pro hac vice application pending*)
Scott S. Sholder, Esq. (*pro hac vice application pending*)
41 Madison Avenue, 38th Floor
New York, New York 10010
Telephone: 212-974-7474
nwolff@cdas.com
ssholder@cdas.com

# RULE 26.1 DISCLOSURE

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, the Copyright Alliance represents that it has no parent corporation and no publicly-held company has a 10% greater ownership in it.

The Copyright Alliance is a 501(c)(4) non-profit organization for the purpose of copyright education and advocacy, representing artistic creators across a broad range of copyright disciplines.

| | |
|---|---|
| Dated: October 10, 2022 | Respectfully submitted, |
| | */s/Brian A. Coleman* |
| | *Counsel for Amicus Curiae Copyright Alliance* |
| | FAEGRE DRINKER BIDDLE & REATH LLP<br>Brian A. Coleman, Esq.<br>1500 K Street, N.W., Ste. 1100<br>Washington, DC 20005, USA<br>Telephone: 212-248-3140<br>brian.coleman@faegredrinker.com |
| | Cowan DeBaets Abrahams & Sheppard LLP<br>Nancy E. Wolff, Esq. (*pro hac vice application pending*)<br>Scott S. Sholder, Esq. (*pro hac vice application pending*)<br>41 Madison Avenue, 38th Floor<br>New York, New York 10010<br>Telephone: 212-974-7474<br>nwolff@cdas.com<br>ssholder@cdas.com |

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing will be made on October 10, 2022 through the D.C. Circuit CM/ECF system, which will serve counsel of record registered as CM/ECF users.

*/s/Brian A. Coleman*

*Counsel for Amicus Curiae
Copyright Alliance*