No. 22-7063

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMERICAN SOCIETY FOR TESTING AND MATERIALS; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; AND AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, INC.,
*Appellants*,

v.

PUBLIC.RESOURCE.ORG, INC.,
*Appellee*.

*Appeal from the United States District Court for the District of Columbia, Hon. Tanya S. Chutkan, No. 1:13-cv-1215-TSC*

## AMENDED MOTION TO EXTEND DEADLINE FOR COPYRIGHT ALLIANCE TO FILE AMICUS CURIAE BRIEF

FAEGRE DRINKER BIDDLE & REATH LLP
Brian A. Coleman, Esq.
1500 K Street, N.W., Ste. 1100
Washington, DC 20005, USA
Telephone: 212-248-3140
brian.coleman@faegredrinker.com

COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 38th Floor
New York, New York 10010
Telephone: 212-974-7474

*Counsel for Amicus Curiae*

**October 10, 2022**

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 27, the Copyright Alliance respectfully requests a modification of the briefing schedule so that it may have an additional two weeks, beyond the current deadline, within which to file an amicus curiae brief in support of Plaintiffs.

- Plaintiffs-Appellants filed their opening brief on September 16, 2022;
- Amicus briefs in support of Plaintiffs currently are due October 14, 2022;
- Appellee Public.Resource.Org's answering brief currently is due November 14, 2022;
- Amicus briefs in support of Public.Resource.Org currently are due December 12, 2022;
- Plaintiffs' reply brief currently is due January 13, 2023.

Plaintiffs agree to this request.  Public.Resource.Org has asked Copyright Alliance to include the following position in this Motion:  It takes no position regarding a 2-week extension of Copyright Alliance's deadline for an amicus brief and will neither consent to the that extension nor oppose a motion regarding such an extension so long as

1

any timing change for that brief has no effect on the deadline for other amici or on the other dates in the schedule.

## PROCEDURAL BACKGROUND

Plaintiffs filed this action in 2013, alleging copyright and trademark infringement arising out of PublicResource.Org's verbatim copying and internet posting and distribution of Plaintiffs' copyrighted works and utilization of their trademarks.

This case was previously before this Court in No. 17-7035. Numerous amici filed briefs in that appeal, including several dozen organizations and individuals supporting Public.Resource.Org. The Copyright Alliance did not participate.

This Court remanded for further proceedings in a published opinion. *Am. Soc'y for Testing & Materials v. Public.Resource.Org, Inc.*, 896 F.3d 437, 449 (D.C. Cir. 2018). On remand, the district court granted summary judgment largely in favor of Public.Resource.Org. Plaintiffs appealed.

The parties asked this Court to set a briefing schedule on June 29, 2022. That schedule was modeled on the schedule that Public.Resource.Org requested in the prior appeal. (No. 17-7035, filed

June 6, 2017). Both motions recognized that it was important for amici with an interest in this lawsuit to have the opportunity to file amicus briefs. This Court granted the requested schedules.

## REASONS FOR REQUESTED RELIEF

The Copyright Alliance requests a two-week extension for the filing of its amicus brief to provide its counsel with sufficient time to prepare the brief. The requested extension will not prejudice to Public.Resource.Org and will allow the Copyright Alliance to submit its amicus brief, which will discuss legislative developments that the Copyright Alliance believes are relevant to the issues in this appeal.

The Copyright Alliance makes this request because it only recently retained counsel to prepare this amicus brief. Counsel requires additional time due to existing matters and imminent briefing deadlines.

The requested extension is short, two weeks from the current deadline of October 14, 2022. While Plaintiffs have indicated they would join in a motion to extend the date for subsequent briefs to accommodate this request, even without an extension Public.Resource.Org will still have 17 days to make any points it wishes

to make in response to the Copyright Alliance's brief and to complete its brief (which it will have been preparing at least since September 16).

The requested extension will not prejudice any amici supporting Public.Resource.Org. They still will have well over a month to prepare any points they may have in response to the Copyright Alliance's brief.

The issue on appeal is important and merits full briefing and input from interested stakeholders. The Copyright Alliance has an interest in this proceeding on behalf of the broader constituency of copyright owners that is not represented by any other amici. The Copyright Alliance plans to submit an amicus brief that addresses pending legislation regarding copyrighted works that are incorporated by reference into law. Copyright Alliance seeks an extension to bring this legislation to the Court's attention and explaining the role of Congress in setting the scope of copyright protection and policy, rather than policy decision being enacted through the affirmative defense of fair use.

# CONCLUSION

For these reasons, the Copyright Alliance respectfully requests the Court grant a two-week extension to its deadline to file a brief, until October 28, 2022.

Dated: October 10, 2022

Respectfully submitted,

*/s/ Brian A. Coleman*

*Counsel for Amicus Curiae Copyright Alliance*

FAEGRE DRINKER BIDDLE & REATH LLP
Brian A. Coleman, Esq.
1500 K Street, N.W., Ste. 1100
Washington, DC 20005, USA
Telephone: 212-248-3140
brian.coleman@faegredrinker.com

Cowan DeBaets Abrahams & Sheppard LLP
Nancy E. Wolff, Esq. (*pro hac vice application pending*)
Scott S. Sholder, Esq. (*pro hac vice application pending*)
41 Madison Avenue, 38th Floor
New York, New York 10010
Telephone: 212-974-7474
nwolff@cdas.com
ssholder@cdas.com

5

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this motion contains 682 words. I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P.32(a)(6).

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing will be made on October 10, 2022 through the D.C. Circuit CM/ECF system, which will serve counsel of record registered as CM/ECF users as follows:

J. KEVIN FEE
DLA PIPER LLP (US)
500 Eighth Street, N.W.
Washington, D.C. 20004
Tel: 202.799-4441
Email: kevin.fee@us.dlapiper.com

*Counsel for American Society for Testing and Materials d/b/a/ ASTM International*

KELLY M. KLAUS
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel:  415.512.4000
Email: kelly.klaus@mto.com

*Counsel for National Fire Protection Association, Inc.*

JEFFREY S. BUCHOLTZ
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202.737.0500
jbucholtz@kslaw.com

Kenneth L. Steinthal
King & Spalding LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Tel: 415.318.1200
Email: ksteinthal@kslaw.com
*Counsel for American Society of Heating, Refrigerating, and Air Conditioning Engineers, Inc.*

Andrew P. Bridges
Matthew Becker
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300
Fax: (415) 281-1350
abridges@fenwick.com
mbecker@fenwick.com

Corynne McSherry
Mitchell L. Stoltz
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Tel: (415) 436-9333
Fax: (415) 436-9993
corynne@eff.org
mitch@eff.org

David Halperin
1530 P Street NW
Washington, DC 20005
Tel: (202) 905-3434
davidhalperindc@gmail.com

*Attorneys for Appellee Public.Resource.Org, Inc.*