*No. 22-7063*

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMERICAN SOCIETY FOR TESTING AND MATERIALS; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; AND AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, INC.,

*Appellants,*

v.

PUBLIC.RESOURCE.ORG, INC.,

*Appellee.*

*Appeal from the United States District Court for the District of Columbia, Hon. Tanya S. Chutkan, No. 1:13-cv-1215-TSC-DAR*

## RESPONSE OF PUBLIC.RESOURCE.ORG, INC. TO AMENDED MOTION OF COPYRIGHT ALLIANCE TO EXTEND DEADLINE TO FILE AMICUS CURIAE BRIEF

Andrew P. Bridges
(CSB No. 122761)
abridges@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
(650) 988-8500 | Fax (650) 938-5200

Matthew B. Becker
(CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2300 | Fax (415) 281-1350

Dated: October 10, 2022

*Attorneys for Appellee*
*PUBLIC.RESOURCE.ORG, INC.*

Public.Resource.Org responds to Copyright Alliance's motion by clarifying the incomplete representation of Public.Resource.Org's position with respect to the motion. Public.Resource.Org's pre-motion correspondence asked Copyright Alliance to include in its motion the response quoted below, but regrettably both the original motion and the amended motion did not include the complete response:

1. Public.Resource.Org strenuously objects to any change in the deadlines that the Court has set, because it and its amici have made firm plans based on the schedule.

2. Public.Resource.Org consents to the filing of an amicus brief by Copyright Alliance.

3. Public.Resource.Org takes no position regarding a 2-week extension of Copyright Alliance's deadline for an amicus brief and will neither consent to [] that extension nor oppose a motion regarding such an extension so long as any timing change for that brief has no effect on the deadlines for other amici or on the other dates in the schedule and so long as Copyright Alliance provides this response by Public.Resource.Org in its motion.

Public.Resource.Org filed its Circuit Rule 26.1 disclosure on June 3, 2022.

/ / /

/ / /

1

Dated: October 10, 2022

Respectfully submitted,

FENWICK & WEST LLP

By:  /s/ *Andrew P. Bridges*
     Andrew P. Bridges

Attorneys for Appellee
PUBLIC.RESOURCE.ORG, INC.

2

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this motion contains 175 words. I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P.32(a)(6).

Dated:  October 10, 2022            */s/ Andrew P. Bridges*
                                         Andrew P. Bridges

# CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2022, this **Response of Public.Resource.Org, Inc. to Amended Motion of Copyright Alliance to Extend Deadline to File Amicus Curiae Brief** was filed electronically with the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system, and further certify that all counsel in this action were served via CM/ECF delivery on October 10, 2022.

Brian A. Coleman, Esq.
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Ste. 1100
Washington, DC 20005, USA
Telephone: 212-248-3140
brian.coleman@faegredrinker.com

Nancy E. Wolff, Esq.
Scott S. Sholder, Esq.
COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 38th Floor
New York, New York 10010
Telephone: 212-974-7474
nwolff@cdas.com
ssholder@cdas.com

J. Kevin Fee
DLA PIPER LLP (US)
500 Eighth Street, N.W.
Washington, D.C. 20004
Tel: 202.799-4441
Email: kevin.fee@us.dlapiper.com
Counsel for American Society for Testing and Materials d/b/a/ ASTM International

Kelly M. Klaus
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: 415.512.4000
Email: kelly.klaus@mto.com
Counsel for National Fire Protection Association, Inc.

Jeffrey S. Bucholtz
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202.737.0500
jbucholtz@kslaw.com

Kenneth L. Steinthal
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Tel: 415.318.1200
Email: ksteinthal@kslaw.com
Counsel for American Society of Heating, Refrigerating, and Air Conditioning Engineers, Inc.

Corynne McSherry
MITCHELL L. STOLTZ
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel: (415) 436-9333
Fax: (415) 436-9993
corynne@eff.org
mitch@eff.org

David Halperin
1530 P Street NW
Washington, DC 20005
Tel: (202) 905-3434
davidhalperindc@gmail.com

FENWICK & WEST LLP

*/s/ Andrew P. Bridges*

5