# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-7063**  **September Term, 2022**

**1:13-cv-01215-TSC**

**Filed On: October 12, 2022** [1968659]

American Society for Testing and Materials, et al.,

   Appellants

 v.

Public.Resource.Org, Inc.,

   Appellee

## O R D E R

 Upon consideration of the amended motion by Copyright Alliance for extension of time to file brief amicus curiae, and the opposition thereto, it is

 **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Brief for Amicus Curiae in support of Appellants or Neither Party | October 28, 2022 |
| Appellee's Brief | November 14, 2022 |
| Brief for Amicus Curiae in support of Appellee | December 12, 2022 |
| Appellants' Reply Brief | January 13, 2023 |
| Deferred Appendix | January 20, 2023 |
| Final Briefs | February 3, 2023 |

        **FOR THE COURT:**
        Mark J. Langer, Clerk

      BY: /s/
        Michael C. McGrail
        Deputy Clerk