# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Am. Soc'y for Testing & Materials, et al.

v.

Public.Resource.Org, Inc.

**Case No:** 22-7063

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Copyright Alliance
1331 F St NW Suite #950
Washington DC 20004

### Counsel Information

Lead Counsel: Nancy E. Wolff
Direct Phone: (212) 497-0940  Fax: (212) 974-8474  Email: nwolff@cdas.com

2nd Counsel: Scott J. Sholder
Direct Phone: (212) 497-0934  Fax: (212) 974-8474  Email: ssholder@cdas.com

3rd Counsel:
Direct Phone: ( ) -  Fax: ( ) -  Email:

Firm Name: Cowan DeBaets Abrahams & Sheppard LLP
Firm Address: 41 Madison Ave, New York, NY 10010
Firm Phone: (212) 974-7474  Fax: (212) 974-8474  Email: nwolff@cdas.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)