**Oral Argument Not Yet Scheduled**

No. 22-7063

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMERICAN SOCIETY FOR TESTING AND MATERIALS, *ET AL*.,

*Plaintiffs-Appellants,*

v.

PUBLIC.RESOURCE.ORG, INC.,

*Defendant-Appellee.*

On Appeal from the United States District Court for the District of Columbia
Case Nos. 1:13-cv-1215-TSC and 1:14-cv-0857-TSC (Hon. Tanya S. Chutkan)

**NOTICE OF INTENT TO FILE AMICI CURIAE BRIEF ON BEHALF OF AMERICAN NATIONAL STANDARDS INSTITUTE AND SIX STANDARDS ORGANIZATIONS IN SUPPORT OF APPELLANTS**

> Gary D. Sesser
> Gerald W. Griffin (*Admitted Pro Hac Vice*)
> CARTER LEDYARD & MILBURN LLP
> 28 Liberty Street, 41st Floor
> New York, NY 10005
> (212) 732-3200
> sesser@clm.com
> griffin@clm.com
>
> *Of Counsel for Amici Curiae*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, amici curiae state that no party to this brief is a publicly-held corporation, issues stock, or has a parent company except that ULSE Incorporated is a Delaware non-stock corporation with Underwriters Laboratories Inc. as its sole corporate member.

1

11117967.3

# NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF AMICI CURIAE

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of the Court's *Handbook of Practice and Internal Procedure*, amici Standards Organizations hereby give notice that they intend to file a brief as amici curiae in support of appellants in this matter. A full listing of amici is included in the Appendix to this notice. All parties have consented to the filing of this brief.

Dated: October 26, 2022

> Respectfully submitted,
>
> CARTER LEDYARD & MILBURN LLP
>
> By:     */s/ Gary D. Sesser*
> Gary D. Sesser
> Gerald W. Griffin (*Admitted Pro Hac Vice*)
> 28 Liberty Street, 41st Floor
> New York, NY 10005
> Phone: (212) 238-8672
> Fax: (212) 732-3232
> sesser@clm.com
> griffin@clm.com
>
> *Counsel for Amicus Curiae*

11117967.3

# APPENDIX

## List of Amici

American National Standards Institute, Incorporated

American Society of Civil Engineers

International Code Council

The Institute of Electrical and Electronics Engineers, Incorporated

National Electrical Manufacturers Association

North American Energy Standards Board

ULSE Incorporated

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on October 26, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 26th day of October 2022.

*/s/ Gary D. Sesser*
Gary D. Sesser

*Counsel for Amici Curiae*

4

11117967.3