**Oral Argument Not Yet Scheduled**

No. 22-7063

---

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

AMERICAN SOCIETY FOR TESTING AND MATERIALS, *ET AL.*,

*Plaintiffs-Appellants,*

v.

PUBLIC.RESOURCE.ORG,  INC.,

*Defendant-Appellee.*

---

On Appeal from the United States District Court for the District of Columbia
Case Nos. 1:13-cv-1215-TSC and 1:14-cv-0857-TSC (Hon. Tanya S. Chutkan)

---

**AMENDED NOTICE OF INTENT TO FILE AMICI CURIAE BRIEF ON BEHALF OF AMERICAN NATIONAL STANDARDS INSTITUTE AND SIX STANDARDS ORGANIZATIONS IN SUPPORT OF APPELLANTS**

---

Gary D. Sesser
CARTER LEDYARD & MILBURN LLP
28 Liberty Street, 41st Floor
New York, NY 10005
(212) 732-3200
sesser@clm.com

*Of Counsel for Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, amici curiae state that no party to this brief is a publicly-held corporation, issues stock, or has a parent company except that ULSE Incorporated is a Delaware non-stock corporation with Underwriters Laboratories Inc. as its sole corporate member.

11117967.3

## NOTICE OF INTENT AND REPRESENTATION OF
## CONSENT TO FILE BRIEF OF AMICI CURIAE

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4

of the Court's *Handbook of Practice and Internal Procedure*, amici Standards

Organizations hereby give notice that they intend to file a brief as amici curiae in

support of appellants in this matter.  A full listing of amici is included in the

Appendix to this notice.  All parties have consented to the filing of this brief.

Dated:  October 27, 2022

Respectfully submitted,

CARTER LEDYARD & MILBURN LLP

By:     */s/ Gary D. Sesser*

Gary D. Sesser
28 Liberty Street, 41st Floor
New York, NY 10005
Phone: (212) 238-8672
Fax: (212) 732-3232
sesser@clm.com

*Counsel for Amicus Curiae*

2

# APPENDIX

## List of Amici

American National Standards Institute, Incorporated

American Society of Civil Engineers

International Code Council

The Institute of Electrical and Electronics Engineers, Incorporated

National Electrical Manufacturers Association

North American Energy Standards Board

ULSE Incorporated

11117967.3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on October 27, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 27th day of October 2022.

*/s/ Gary D. Sesser*
Gary D. Sesser

*Counsel for Amici Curiae*

11117967.3

4