**NOT YET SCHEDULED FOR ORAL ARGUMENT**

No. 22-7063

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

American Society for Testing and Materials; National Fire Protection Association, Inc; American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.

*Appellants*,

v.

Public.Resource.Org, Inc.,

*Appellee*.

---

Appeal from the United States District Court for the District of Columbia
Hon. Tanya S. Chutkan, Case No. 1:13-cv-1215-TSC

---

**NOTICE OF PRIME ACCESS CONSULTING, INC. OF INTENTION TO PARTICIPATE AS AMICUS CURIAE IN SUPPORT OF APPELLEE PUBLIC.RESOURCE.ORG**

---

Blake E. Reid
SAMUELSON-GLUSHKO
TECHNOLOGY LAW & POLICY
CLINIC AT COLORADO LAW
Counsel for Amicus Curiae
Prime Access Consulting, Inc.
404 UCB
Boulder, CO 80309-0404
303-492-0548
blake.reid@colorado.edu

December 6, 2022

**Notice of Intention to Participate as Amicus Curiae**

Pursuant to Fed. R. App. Proc. 29(a)(2) and D.C. Cir. R. 29(b), Prime Access Consulting, Inc. hereby notifies this Court of its intent to file an amicus curiae brief in the above-captioned matter in support of Appellee Public.Resource.Org, Inc. Amicus intends to file a brief less than 6,500 words, addressing points not made by Appellee, that will aid the Court's consideration of this case. Pursuant to D.C. Cir. Rule 29(d), counsel to amicus has coordinated with other amici supporting Appellee and sought to ensure that the arguments presented in the brief are novel and that a separate brief is necessary.

**Corporate Disclosure Statement**

Pursuant to D.C. Cir. R. 26.1 and 28(a)(1)(A) and Fed. R. App. Pr. 29.1(a)(4)(A), amicus Prime Access Consulting, Inc. states that it has no parent corporations and that no publicly held corporation or other publicly held entity owns ten percent (10%) or more of amicus.

## Certificate of Service

I certify that, on December 6, 2022, this notice was filed using the Court's CM/ECF system. All participants in the case are registered CM/ECF users and will be served electronically via that system.

/s/Blake E. Reid

Blake E. Reid
Samuelson-Glushko Technology Law and Policy Clinic at Colorado Law

2450 Kittridge Loop Dr.
Wolf Law Building
Robert and Laura Hill Clinical Suite
404 UCB
Boulder, CO 80309–0404
303-492-0548
blake.reid@colorado.edu