UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 22-7063

AMERICAN SOCIETY FOR TESTING AND MATERIALS; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.,

*Plaintiffs-Appellants*,

v.

PUBLIC.RESOURCE.ORG, INC.,

*Defendant-Appellee.*

## NOTICE OF PARTIES' CONSENT TO PARTICIPATION AS *AMICI CURIAE*

Pursuant to Circuit Rule 29(b), Raymond A. Mosley and Robert C. Tapella represent to this Court that they intend to participate in this case as *amici curiae*. The proposed *amici* have the consent of all parties to do so.

Being individuals participating in their individual capacities, no corporate disclosure statement is required under Circuit Rule 26.1(a).

Respectfully submitted,

Dated: December 7, 2022

*/s/ Charles Duan*
CHARLES DUAN
  *Counsel of Record*
2701 Calvert Street NW, Apt. 623
Washington, DC 20008
(202) 713-5799
notices.ecf@cduan.com

*Counsel for amici curiae*

Rev. b854a63e