## CERTIFICATE OF COMPLIANCE

1. This document complies with the word count limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 606 words, as computed by the word processing program.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft word in 14-point Times New Roman typeface.

December 9, 2022                By: */s/ Rebecca Chambers*
                                                   Rebecca Chambers (admitted)
                                                   rkc47@georgetown.edu
                                                   Intellectual Property and Information Policy Clinic
                                                   Georgetown University Law Center
                                                   500 First St. NW,
                                                   Washington, DC 20001
                                                   Phone: (202) 429-1000

                                                 *Attorney for Amicus Curiae*
                                                 *American Federation of State,*
                                                 *County and Municipal Employees*