**Oral Argument Not Yet Scheduled**

Case No. 22-7063

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

AMERICAN SOCIETY FOR TESTING AND MATERIALS, *et al.*,

*Plaintiffs-Appellants*,

v.

PUBLIC.RESOURCE.ORG, INC.,

*Defendant-Appellee*.

---

**NOTICE OF INTENTION TO PARTICIPATE AS *AMICI CURIAE* IN
SUPPORT OF APPELLEE**

Pursuant to D.C. Circuit Rule 29(b), intellectual property law professors Jamie Boyle, Michael Carrier, Michael Carroll, Julie Cohen, Christine Farley, Shubha Ghosh, Jim Gibson, Peter Jaszi, Mark Lemley, Lawrence Lessig, Yvette Liebesman, Aaron Perzanowski, Victoria Phillips, Matthew Sag, Pamela Samuelson, Joshua Sarnoff, Jessica Silbey, Xiyin Tang, and Rebecca Tushnet hereby notify this court of their intent to file an amicus brief in the above-captioned matter in support of Appellee. Pursuant to D.C. Circuit Rule 29(d), counsel to amici have coordinated with other amici supporting Appellee and sought to ensure that the arguments presented in this brief are novel and that a separate brief is necessary. All parties consent to the filing of this brief.

Being individuals participating in their individual capacities, no corporate disclosure statement is required under Circuit Rule 26.1(a).

Respectfully submitted,

Dated: December 9, 2022                    */s/ Erik Stallman*
Erik Stallman

Samuelson Law, Technology
 & Public Policy Clinic
UC Berkeley School of Law
587 Simon Hall
Berkeley, CA 94702
(510) 642-2485
estallman@clinical.law.berkeley.edu

2

## CERTIFICATE OF SERVICE

I, Erik Stallman, an attorney, hereby certify that on December 9, 2022, I caused the foregoing brief to be filed with the Court and to be served upon counsel via the Court's ECF email system.


Dated: December 9, 2022                    */s/ Erik Stallman*