ORAL ARGUMENT NOT YET SCHEDULED

No. 22-7063

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMERICAN SOCIETY FOR TESTING AND MATERIALS, *et al.*,

*Appellants*,

v.

PUBLIC.RESOURCE.ORG, INC.,

*Appellee*.

Appeal from the United States District Court
for the District of Columbia
Hon. Tanya S. Chutkan, No. 1:13-cv-1215-TSC

## NOTICE OF INTENTION OF NATIONAL ASSOCIATION
## FOR THE ADVANCEMENT OF COLORED PEOPLE
## TO PARTICIPATE AS *AMICUS CURIAE* IN SUPPORT OF APPELLEE

Jacob M. Karr
TECHNOLOGY LAW AND POLICY CLINIC
NEW YORK UNIVERSITY SCHOOL OF LAW
245 Sullivan Street, 5th Floor
New York, NY 10012
(212) 998-6042
jacob.karr@law.nyu.edu

Counsel for *Amicus Curiae*

December 10, 2022

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and D.C. Cir. R. 26.1, *amicus curiae* National Association for the Advancement of Colored People states that it has no parent corporations and that no publicly held corporation or other entity possesses a 10% or greater ownership interest in *amicus curiae*.

## NOTICE OF INTENTION AND REPRESENTATION OF CONSENT
## TO PARTICIPATE AS *AMICUS CURIAE*

Pursuant to Fed. R. App. P. 29(a)(2) and D.C. Cir. R. 29(b), *amicus curiae* National Association for the Advancement of Colored People hereby gives notice of its intent to file a brief as *amicus curiae* in support of Appellee, Public.Resource.Org, in the above-captioned matter. All parties have consented to the filing of this brief.

>   Respectfully submitted,
>
>   /s/ *Jacob M. Karr*
>   Jacob M. Karr
>   TECHNOLOGY LAW AND POLICY CLINIC
>   NEW YORK UNIVERSITY SCHOOL OF LAW
>   245 Sullivan Street
>   New York, NY 10012
>   (212) 998-6042
>   jacob.karr@law.nyu.edu
>
>   Counsel for *Amicus Curiae*

Dated:  December 10, 2022

## CERTIFICATE OF SERVICE

I certify that on December 10, 2022, I electronically filed the foregoing with the Clerk of the U.S. Court of Appeals for the D.C. Circuit via the Court's CM/ECF system. Counsel for all parties will be electronically served via the Court's CM/ECF system.

Dated: December 10, 2022             /s/ *Jacob M. Karr*
                                     Jacob M. Karr

                                     Counsel for *Amicus Curiae*