**NOT YET SCHEDULED FOR ORAL ARGUMENT**

No. 22-7063

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

American Society for Testing and Materials; National Fire Protection Association, Inc; American Society of Heating, Refrigerating, and AirConditioning Engineers, Inc.

*Appellants,*

v.

Public.Resource.Org, Inc.,

*Appellee.*

Appeal from the United States District Court for the District of Columbia
Hon. Tanya S. Chutkan, Case No. 1:13-cv-1215-TSC

# NOTICE OF LIBRARY FUTURES INSTITUTE, EVERYLIBRARY INSTITUTE, AUTHOR'S ALLIANCE, AND PUBLIC KNOWLEDGE OF INTENTION TO PARTICIPATE AS AMICI CURIAE IN SUPPORT OF APPELLEE PUBLIC.RESOURCE.ORG

Harold Feld
PUBLIC KNOWLEDGE
1818 N St. NW, Suite 410
Washington, DC 20036
(202) 861-0020
hfeld@publicknowledge.org
*Counsel for Amici Curiae*

December 11, 2022

## Notice of Intention to Participate as Amicus Curiae

Pursuant to Fed. R. App. Proc. 29(a)(2) and D.C. Cir. R. 29(b), Library Futures Institute, EveryLibrary Institute, Author's Alliance, and Public Knowledge hereby notify this Court of their intent to file an amicus curiae brief in the above-captioned matter in support of Appellee Public.Resource.Org, Inc. Amicus intends to file a brief of no more than 6,500 words, which will present arguments not made by Appellee, that will assist the Court's consideration of this case. In accordance with D.C. Cir. Rule 29(d), counsel to amici have coordinated with other amici in support of Appellee and made sure that the arguments in the brief are new and that a separate brief is necessary. All parties have consented to the filing of this brief.

## Corporate Disclosure Statement

Pursuant to D.C. Cir. R. 26.1 and 28(a)(1)(A) and Fed. R. App. Pr. 29.1(a)(4)(A), amici Library Futures Institute, EveryLibrary Institute, Author's Alliance, and Public Knowledge state that they have no parent corporations and that no publicly held corporation or other publicly held entity owns ten percent (10%) or more of amici.

## CERTIFICATE OF SERVICE

I certify that, on December 11, 2022, this notice was filed using the Court's CM/ECF system. All participants in the case are registered CM/ECF users and will be served electronically via that system.

<u>/s/ Harold Feld</u>

Harold Feld
PUBLIC KNOWLEDGE
1818 N St. NW, Suite 410
Washington, DC 20036
(202) 861-0020
hfeld@publicknowledge.org
*Counsel for Amici Curiae*