Not Yet Scheduled for Oral Argument
No. 22-7063

In the
**United States Court of Appeals
for the District of Columbia Circuit**

American Society for Testing and Materials, et al.

*Appellants*,

v.

Public.Resource.Org, Inc.,

*Appellee*.

Appeal from the United States District Court
for the District of Columbia
Hon. Tanya S. Chutkan, No. 1:13-cv-1215-TSC

**NOTICE OF CONGRESSWOMAN ZOE LOFGREN
OF INTENTION TO PARTICIPATE AS AMICUS CURIAE
IN SUPPORT OF APPELLEE**

Jef Pearlman
Intellectual Property &
   Technology Law Clinic
USC Gould School of Law
699 Exposition Blvd.
Los Angeles, CA 90089-0071
Telephone: (213) 740-7613
Facsimile: (213) 740-5502
Email: jef@law.usc.edu

*Counsel for Amicus Curiae*

## NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF AMICUS CURIAE

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of the Court's Handbook of Practice and Internal Procedure, amicus Congresswoman Zoe Lofgren hereby gives notice that she intends to file a brief as amicus curiae in support of appellee in this matter.

Pursuant to D.C. Circuit Rule 29(d), counsel for amicus has coordinated with other amici supporting appellee and sought to ensure that the arguments presented in this brief are novel and that a separate brief is necessary. Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, no Corporate Disclosure Statement is necessary because amicus curiae is not a corporation. All parties have consented to the filing of this brief.

Dated: December 12, 2022        Respectfully submitted,

            /s/Jef Pearlman
Jef Pearlman
Intellectual Property &
   Technology Law Clinic
USC Gould School of Law
699 Exposition Blvd.
Los Angeles, CA 90089-0071
Telephone: (213) 740-7613
Facsimile: (213) 740-5502
Email: jef@law.usc.edu

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 12, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/Jef Pearlman
Jef Pearlman
Intellectual Property &
  Technology Law Clinic
USC Gould School of Law
699 Exposition Blvd.
Los Angeles, CA 90089-0071
Telephone: (213) 740-7613
Facsimile: (213) 740-5502
Email: jef@law.usc.edu

*Counsel for Amicus Curiae*