# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Am. Soc'y for Testing & Materials, et al.

v.

Public.Resource.Org, Inc.

**Case No:** 22-7063

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ● Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

National Association for the Advancement of Colored People

### Counsel Information

**Lead Counsel:** Jacob M. Karr

**Direct Phone:** (212) 998-6042  **Fax:** (___) ___-____  **Email:** jmk858@nyu.edu

**2nd Counsel:**

**Direct Phone:** (___) _____  **Fax:** (___) _____  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** NYU Technology Law and Policy Clinic, Washington Square Legal Services, Inc.

**Firm Address:** 245 Sullivan Street, 5th Floor, New York, NY 10012

**Firm Phone:** (212) 998-6430  **Fax:** (___) _____  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)