NOT YET SCHEDULED FOR ORAL ARGUMENT

Appeal No. 22-7063

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

American Society for Testing and Materials; National Fire Protection Association, Inc.; American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.,

*Appellants*,

---v.---

Public.Resource.Org, Inc.,

*Appellee*.

---

Appeal from the United States District Court for the District of Columbia
Hon. Tanya S. Chutkan, Case No. 1:13-cv-1215-TSC

---

**NOTICE OF INTENTION TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF APPELLEE**

---

*Counsel listed on the following page*

i

Gabriel Rottman
Lin Weeks*
Ian Kalish*
UNIVERSITY OF VIRGINIA SCHOOL
    OF LAW FIRST AMENDMENT
    CLINIC
580 Massie Road
Charlottesville, VA 22903
(202) 795-9316
*Of counsel

Bruce D. Brown
    *Counsel of Record*
Katie Townsend
Shannon A. Jankowski*
REPORTERS COMMITTEE FOR
    FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
(202) 795-9300
bruce.brown@rcfp.org
*Of counsel

Gautam Hans*
CORNELL LAW SCHOOL FIRST
AMENDMENT CLINIC
243 Hughes Hall
Ithaca, NY 14853
(607) 254-5994
gshans@cornell.edu
*Of counsel

*Counsel for Amici Curiae*

ii

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, amici certify as follows:

The Reporters Committee for Freedom of the Press is an unincorporated association of reporters and editors with no parent corporation and no stock.

The American Society of Magazine Editors is a trade association with no parent corporation and no stock.

The Atlantic Monthly Group LLC is a privately-held media company, owned by Emerson Collective and Atlantic Media, Inc. No publicly held corporation owns 10% or more of its stock.

Freedom of the Press Foundation does not have a parent corporation, and no publicly held corporation owns 10% or more of the stock of the organization.

The Investigative Reporting Workshop is a privately funded, nonprofit news organization based at the American University School of Communication in Washington. It issues no stock.

The Media Institute is a 501(c)(3) non-stock corporation with no parent corporation.

National Press Photographers Association is a 501(c)(6) nonprofit organization with no parent company. It issues no stock and does not own any of the party's or amicus' stock.

The News Leaders Association has no parent corporation and does not issue any stock.

Pro Publica, Inc. ("ProPublica") is a Delaware nonprofit corporation that is tax-exempt under section 501(c)(3) of the Internal Revenue Code. It has no statutory members and no stock.

Radio Television Digital News Association is a nonprofit organization that has no parent company and issues no stock.

The Society of Environmental Journalists is a 501(c)(3) non-profit educational organization. It has no parent corporation and issues no stock.

The Tully Center for Free Speech is a subsidiary of Syracuse University.

**NOTICE OF INTENTION TO FILE A BRIEF AS AMICI CURIAE BY THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 11 MEDIA ORGANIZTIONS**

Pursuant to D.C. Circuit Rule 29(b) and Section IX(A)(4) of the Court's Handbook of Practice and Internal Procedures, the Reporters Committee for Freedom of the Press, American Society of Magazine Editors, The Atlantic Monthly Group LLC, Freedom of the Press Foundation, Investigative Reporting Workshop at American University, The Media Institute, National Press Photographers Association, The News Leaders Association, Pro Publica, Inc., Radio Television Digital News Association, Society of Environmental Journalists, and Tully Center for Free Speech (collectively, "amici") hereby notify this Court of their intent to participate in this case as amici curiae in support of Appellee.

Appellee, Appellant American Society for Testing and Materials, and Appellant American Society of Heating, Refrigerating, and Air-Conditioning Engineers, have all consented to the filing of this brief, and Appellant National Fire Protection Association does not oppose.

Respectfully submitted,

*/s/ Bruce D. Brown*
Bruce D. Brown
*Counsel for Amici Curiae*

Dated: December 12, 2022

## CERTIFICATE OF SERVICE

I certify that on December 12, 2022, I caused the foregoing Notice of Intention to File Brief as Amici Curiae in Support of Appellee with the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system. Appellants and Appellee are registered CM/ECF users, and service upon them will be accomplished by the appellate CM/ECF system.

*/s/ Bruce D. Brown*
Bruce D. Brown
*Counsel for Amici Curiae*