**NOT YET SCHEDULED FOR ORAL ARGUMENT**

**Appeal No. 22-7063**

IN THE

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

American Society for Testing and Materials; National Fire Protection Association, Inc.; American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.,
*Appellants,*

v.

Public.Resource.Org, Inc.,
*Appellee.*

Appeal from the United States District Court for the District of Columbia, No. 1:13-cv-1215-TSC

The Honorable Tanya S. Chutkan, District Judge

**NOTICE OF INTENTION OF COUNTY OF SONOMA TO PARTICIPATE AS AMICUS CURIAE IN SUPPORT OF APPELLEE AND AFFIRMANCE**

JOSEPH C. GRATZ
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:  415-362-6666

*Attorneys for Amicus Curiae*

# NOTICE OF INTENTION AND REPRESENTATION OF CONSENT TO PARTICIPATE AS AMICUS CURIAE

Pursuant to Fed. R. App. P. 29(a)(2) and D.C. Cir. R. 29(b), amicus curiae County of Sonoma hereby gives notice of its intent to file a brief as amicus curiae in support of Appellee and affirmance in the above-captioned matter. Under Circuit Rule 29(d), Amicus states that it is a governmental entity not subject to Circuit Rule 29(d), and further states that a separate amicus brief is necessary because the interests of governmental entities charged with enforcing the laws at issue in this appeal, like Amicus, are otherwise not before the Court. All parties have consented to the filing of this brief.

DATED: December 12, 2022         Respectfully submitted,

 /s/ Joseph C. Gratz
JOSEPH C. GRATZ
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:  415-362-6666
Facsimile:   415-236-6300

*Attorneys for Amicus Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on December 12, 2022.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

DATED: December 12, 2022                    */s/ Joseph C. Gratz*
                                                                    JOSEPH C. GRATZ