# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** American Society for Testing and Materials

v.

Public.Resource.Org, Inc.

**Case No:** 22-7063

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☒ Pro Bono ☐ Appointed (CJA/FPD) ☐ Gov't counsel

for the ☐ Appellant(s)/Petitioner(s) ☐ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☒ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Library Futures Institute

Author's Alliance

EveryLibrary Institute

Public Knowledge

### Counsel Information

Lead Counsel: Harold Feld

Direct Phone: (202) -0020   Fax: ( ) -   Email: hfeld@publicknowledge.org

2nd Counsel:

Direct Phone: ( ) -   Fax: ( ) -   Email:

3rd Counsel:

Direct Phone: ( ) -   Fax: ( ) -   Email:

Firm Name:

Firm Address:

Firm Phone: ( ) -   Fax: ( ) -   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)