# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-7063**                        **September Term, 2022**

**1:13-cv-01215-TSC**

**Filed On: December 20, 2022** [1978276]

American Society for Testing and Materials,
et al.,

        Appellants

        v.

Public.Resource.Org, Inc.,

        Appellee

### O R D E R

      Upon consideration of the motion of American Federation of State, County and Municipal Employees for leave to participate as amicus curiae in support of appellee, and the lodged brief amicus curiae, it is

      **ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amicus curiae.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                         BY:     /s/
                                                      Michael C. McGrail
                                                      Deputy Clerk