# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-7063**  **September Term, 2022**

**1:13-cv-01215-TSC**

**Filed On:** January 4, 2023

American Society for Testing and Materials, et al.,

       Appellants

   v.

Public.Resource.Org, Inc.,

       Appellee

**BEFORE:** Henderson, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of appellants' motion to exceed the word limit for their reply brief, and the response thereto, it is

**ORDERED** that the motion be granted. Appellants may file a reply brief not to exceed 8,500 words.

### Per Curiam

**FOR THE COURT:**  
Mark J. Langer, Clerk

BY:   /s/  
     Amanda Himes  
     Deputy Clerk