January 19, 2023

Clerk of the Court
United States Court of Appeals
for the District of Columbia Circuit
333 Constitution Ave., NW
Washington DC  20001

      Re:    Notice of Unavailability of Counsel
              *American Society for Testing and Materials et al. v Public.Resource.Org*,
              Case No. 22-7063

Dear Clerk,

I will be arguing counsel for Public.Resource.Org. in the above-captioned case.

I write to notify the Court of my availability to present oral argument. I will be unavailable on the following dates: February 15 – February 28, 2023, April 3 – 14, 2023, and May 30 – July 14, 2023.

I would appreciate it if the Court would avoid scheduling argument in this case during those periods.

                                      Very truly yours,

                                      */s/ Corynne McSherry*

                                      Corynne McSherry

Cc:  All counsel of record via ECF.