IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| American Society for Testing and Materials; National Fire Protection Association, Inc.; American Society of Heating, Refrigerating, And Air-Conditioning Engineers, Inc., <br><br>  *Plaintiffs-Appellants*, <br><br>  v. <br><br>Public.Resource.Org, Inc., <br><br>  *Defendant-Appellee.* | No. 22-7063 |

**APPELLEE PUBLIC.RESOURCE.ORG'S UNOPPOSED MOTION TO SUPPLEMENT THE JOINT APPENDIX**

 Per D.C. Circuit Rule 30(e), Defendant-Appellee Public.Resource.Org, Inc. moves the Court for leave to file a supplement to the deferred Joint Appendix in this matter.

 Circuit Rule 30(e) states: "If anything material to the appeal or petition is omitted from the appendix, the clerk, on the duly served and filed written request of any party, may allow the appendix to be supplemented."

 Due to a typographical error, Public.Resource.Org omitted from its designation to the Joint Appendix one document referenced in its answering brief, and therefore the document was not included in the deferred Joint Appendix. The omitted document is District Court Docket No. 204-64, Exhibit 58 to the

1

Supplemental Declaration of Matthew Becker In Opposition to Plaintiffs' Motion for Summary Judgment (depicting a copy of the Federal Register's "IBR Handbook," introduced as Exhibit 9 in the deposition of Mary Saunders).

Public.Resource.Org's counsel has conferred with Plaintiffs-Appellants' counsel, who consent to this request.

A copy of the proposed Supplement to the Joint Appendix is attached.

Dated:   February 3, 2023            Respectfully submitted,
                                     FENWICK & WEST LLP

                                     By: /s/ Matthew B. Becker
                                         Andrew P. Bridges
                                         abridges@fenwick.com
                                         Matthew B. Becker
                                         mbecker@fenwick.com
                                         FENWICK & WEST LLP
                                         801 California Street
                                         Mountain View, CA 94041
                                         Telephone:   (415) 875-2300
                                         Facsimile:   (415) 281-1350

                                         Corynne McSherry
                                         corynne@eff.org
                                         Mitchell L. Stoltz
                                         mitch@eff.org
                                         ELECTRONIC FRONTIER
                                         FOUNDATION
                                         815 Eddy Street
                                         San Francisco, CA 94109
                                         Telephone: (415) 436-9333
                                         Facsimile: (415) 436-9993

          David Halperin (D.C. Bar No. 426078)
          davidhalperindc@gmail.com
          1805 9th Street NW
          Washington, DC 20005
          Telephone: (202) 905-3434

*Attorneys for Appellee*
*Public.Resource.Org, Inc.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this response to motion contains 164 words. I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style of Fed. R. App. P.32(a)(6).

Dated:   February 3, 2023        FENWICK & WEST LLP


By: */s/ Matthew B. Becker*
Matthew B. Becker
mbecker@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:   (415) 875-2300
Facsimile:   (415) 281-1350

*Attorneys for Appellee
Public.Resource.Org, Inc.*

# CERTIFICATE OF SERVICE

I, Matthew B. Becker, hereby certify that on February 3, 2023, I electronically filed the foregoing **APPELLEE PUBLIC.RESOURCE.ORG'S UNOPPOSED MOTION TO SUPPLEMENT THE JOINT APPENDIX** with the United States Court of Appeals for the District of Columbia Circuit through the Court's CM/ECF system, which will serve all Counsel who are registered CM/ECF users.

Dated:   February 3, 2023          FENWICK & WEST LLP

By: */s/ Matthew B. Becker*
　　Matthew B. Becker
　　mbecker@fenwick.com
　　FENWICK & WEST LLP
　　801 California Street
　　Mountain View, CA 94041
　　Telephone:   (415) 875-2300
　　Facsimile:    (415) 281-1350

*Attorneys for Appellee*
*Public.Resource.Org, Inc.*