# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-7063**  September Term, 2022

1:13-cv-01215-TSC

Filed On: February 8, 2023 [1985102]

American Society for Testing and Materials, et al.,

      Appellants

      v.

Public.Resource.Org, Inc.,

      Appellee

## O R D E R

Upon consideration of appellee's unopposed motion to supplement the joint appendix, and the lodged supplemental appendix, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged supplemental appendix.

### Per Curiam

      **FOR THE COURT:**
      Mark J. Langer, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk