# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-7063**                                                                 **September Term, 2022**

**1:13-cv-01215-TSC**

**Filed On: March 7, 2023** [1989011]

American Society for Testing and Materials,
et al.,

       Appellants

      v.

Public.Resource.Org, Inc.,

       Appellee

### O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for March 20, 2023, at 9:30 A.M.:

      Appellants    -    15 Minutes

      Appellee    -    15 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Henderson, Pillard, and Katsas.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by March 9, 2023.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

        BY:    /s/
                 Michael C. McGrail
                 Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)