# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

American Society for Testing and Materials; National Fire Protection Association, Inc.; American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.,

    *Plaintiffs - Appellants*

    v.

Public.Resource.Org, Inc.,

    *Defendant - Appellee*

No. 22-7063

## APPELLANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A CORRECTED FINAL BRIEF

Pursuant to D.C. Circuit Rule 27 and Federal Rule of Appellate Procedure 27, Plaintiffs American Society for Testing and Materials d/b/a ASTM International ("ASTM"), National Fire Protection Association, Inc. ("NFPA"), and American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc. ("ASHRAE") (collectively, "Plaintiffs") respectfully move to file a corrected final brief. Plaintiffs recently learned that the version of the final brief that they filed on January 27, 2023, Dkt. 1983622, inadvertently omitted an Appendix and Addendum that

were timely filed with Plaintiffs' opening brief, Dkt. 1964641. Filing the corrected copy will reduce the burden on the Court by providing all of the information referenced in Plaintiffs' Final Brief in one document. A corrected copy of Plaintiffs' Final Brief is attached to Plaintiffs' Motion. The corrected copy is unchanged apart from appending the Appendix and Addendum.

Plaintiffs have contacted Public.Resource.Org's counsel, which has stated that it does not oppose this motion.

Dated: March 09, 2023               Respectfully submitted,

                                    *s/J. Kevin Fee*
                                    J. KEVIN FEE
                                    JANE W. WISE
                                    DLA PIPER US LLP
                                    500 Eighth Street, NW
                                    Washington, DC 20004
                                    T. 202.799.4441
                                    F. 202.799.5441
                                    kevin.fee@us.dlapiper.com
                                    jane.wise@us.dlapiper.com

                                    Stanley J. Panikowski
                                    DLA PIPER LLP (US)
                                    401 B Street, Suite 1700
                                    San Diego, CA 92101
                                    Tel: (619) 699-2700
                                    stanley.panikowski@us.dlapiper.com

                    *Counsel for Plaintiff-Appellant*
                        *American Society for Testing and*
                        *Materials d/b/a ASTM International*

Dated: March 9, 2023        *s/Kelly M. Klaus*
                                    KELLY M. KLAUS
                                    MUNGER, TOLLES & OLSON LLP
                                    560 Mission St., 27th Floor
                                    San Francisco, CA 94105
                                    T. 415.512.4000
                                    kelly.klaus@mto.com

                                    ROSE L. EHLER
                                    MUNGER, TOLLES & OLSON LLP
                                    350 South Grand Ave., 50th Floor
                                    Los Angeles, CA 90071
                                    T. 213.683.9100
                                    rose.ehler@mto.com

                                    RACHEL G. MILLER-ZIEGLER
                                    MUNGER, TOLLES & OLSON LLP
                                    601 Massachusetts Ave. NW, Suite 500E
                                    Washington, DC 20001
                                    T. 202.220.1100
                                    rachel.miller-ziegler@mto.com

                    *Counsel for Plaintiff-Appellant National*
                        *Fire Protection Association, Inc.*

Dated: March 9, 2023        *s/David P. Mattern*
                                    JEFFREY S. BUCHOLTZ
                                    DAVID P. MATTERN
                                    KING & SPALDING LLP
                                    1700 Pennsylvania Avenue, NW
                                       Ste. 200
                                    Washington, DC 20006-4707
                                    T. 202.737.0500
                                    jbucholtz@kslaw.com

dmattern@kslaw.com

*Counsel for Plaintiff-Appellant American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.*

4

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2) because this document contains 149 words as measured by the word-processing system used to prepare this brief, excluding exempted parts.

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface in 14 point font.

Dated: March 9, 2023　　　　　　　　　　　*s/ J. Kevin Fee*
　　　　　　　　　　　　　　　　　　　　　　J. Kevin Fee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of March, 2023, a true and correct copy of APPELLANTS' MOTION FOR LEAVE TO HAVE MULTIPLE COUNSEL BE HEARD AT ORAL ARGUMENT was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means.

Dated: March 9, 2023　　　　　　　　　　　　　　*s/J. Kevin Fee*
　　　　　　　　　　　　　　　　　　　　　　　　　J. Kevin Fee