# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-7063**             **September Term, 2022**

**1:13-cv-01215-TSC**

**Filed On: March 15, 2023** [1990250]

American Society for Testing and Materials, et al.,

         Appellants

         v.

Public.Resource.Org, Inc.,

         Appellee

         **BEFORE:**    Henderson, Pillard and Katsas, Circuit Judges

## O R D E R

       Upon consideration of appellants' unopposed motion for leave to file a corrected final brief, and the lodged corrected final brief; and appellants' unopposed motion for leave to permit additional counsel to present argument, it is

       **ORDERED** that the motions be granted. The Clerk is directed to file the lodged corrected final brief.

### Per Curiam

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

         BY:    /s/
                      Michael C. McGrail
                      Deputy Clerk