# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-7063**                                      **September Term, 2022**

**1:13-cv-01215-TSC**

**Filed On: March 20, 2023** [1990821]

American Society for Testing and Materials, et al.,

         Appellants

   v.

Public.Resource.Org, Inc.,

         Appellee

     **BEFORE:**     Circuit Judges Henderson, Pillard, and Katsas

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, March 20, 2023 at 9:31 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

    Kelly M. Klaus, counsel for Appellants.

    Corynne McSherry, counsel for Appellee.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                               BY:     /s/
                                               Anne A. Rothenberger
                                               Deputy Clerk