# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-7063**  September Term, 2023

1:13-cv-01215-TSC

**Filed On:** November 17, 2023

American Society for Testing and Materials, et al.,

      Appellants

  v.

Public.Resource.Org, Inc.,

      Appellee

## O R D E R

Upon consideration of the joint motion for a 23-day extension of time to file a response to the order to show cause, it is

**ORDERED** that the motion be granted. Any response to the order to show cause is now due December 15, 2023.

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

              BY:    /s/
                    Daniel J. Reidy
                    Deputy Clerk